IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**HOPE EVANS**
7550 Brill Road
Cincinnati, Ohio 45243

: CASE NO.: _____

**THOMAS EVANS**
7550 Brill Road
Cincinnati, Ohio 45243

: Judge: _____

        Plaintiffs,

vs.

**CLASS ACTION**
**COMPLAINT**

**AMEX ASSURANCE COMPANY**
20020 N 31st Avenue
Phoenix, Arizona 85027-3900

**JURY DEMAND**
**ENDORSED HERON**

**AMERICAN EXPRESS TRAVEL RELATED**
**SERVICES COMPANY, INC.**

        SERVE PROCESS AGENT:
        CT Corp
        1300 E. Ninth Street
        Cleveland, Ohio 44114-0000

        Defendants.

        Now Come Plaintiffs, Hope and Thomas Evans, (collectively "the Plaintiffs"), and for their

Complaint for Breach of Contract, Declaratory Judgement, Bad Faith, and for Class Action

Certification against Defendants, Amex Assurance Company and American Express Travel

Related Services Company, Inc. (collectively "Defendants"), state as follows:

## PARTIES

1.      The Plaintiffs are residents and citizens of the State of Ohio, residing at 7550 Brill Road, Cincinnati, Ohio 45243.

2.      American Express Travel Related Services Company, Inc. ("American Express") is foreign corporation, incorporated under the laws of the State of New York with its principal place of business located in New York.

3.      Amex Assurance Company ("Amex") is a foreign insurance company authorized to issue insurance policies in the State of Ohio. Amex is domiciled in the State of Illinois with its principal place of business in Arizona.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(1), in that this is a civil action brought by citizens of the State of Ohio against citizens of the State of Arizona and the State of New York. The amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.

5.      The Court has personal jurisdiction over Defendants because both Defendants transact significant amounts of business in Ohio, including their transactions with the Plaintiffs, and because the Defendants caused loss and injury in Ohio.

6.      Venue is proper in this District under 28 U.S.C. §1391(b)(2) because a substantial part of the events, transactions, conduct, or omissions giving rise to the claims herein occurred in or emanated from this District and because Defendants engaged in transactions in this District.

## GENERAL ALLEGATIONS

7.      Prior to January 29, 2020, the Plaintiffs booked travel and accommodations for a vacation to Italy, departing June 5, 2020 and returning June 15, 2020 (the "Covered Trip").

8.      The Plaintiffs purchased travel insurance from the Defendants for the Covered Trip.

9.      In consideration of the payment of a premiums—which were paid by the Plaintiffs and accepted by Defendants—Defendants issued a travel insurance policy that insured against losses for, among other things, cancellation or interruption of the Covered Trip ("the policy"). The policy is attached as Exhibit A.

10.     The policy provides for a maximum benefit of $16,000.00 per covered person in the event their trip was cancelled or interrupted for any covered reason.

11.     The policy provides, *inter alia*, "Trip Cancellation… benefits for expenses the Covered Person incurs for Covered Trips cancelled… We will pay this benefit if the Covered Person's or Traveling Companion's Covered Trip is cancelled or interrupted as a result of any of the following [covered] reasons."

12.     The policy affords coverage in the event a Covered Trip is cancelled due to quarantine or a natural disaster.

13.     The policy provides, "We will pay this benefit if the Covered Person's or Traveling Companion's Covered Trip is cancelled or interrupted as a result of any of the following reasons: A Covered Trip delay that results in the loss of more than 50% of the Covered Person's Covered Trip length. Covered Trip delay as it applies to such loss of Covered Trip length includes the following, unless caused by the action or inaction of a Covered Person or Traveling Companion: missed connections, delayed departure, cancellation, denied Boarding, Scheduled Airline or Common Carrier Conveyance-caused delays; lost or stolen passports, **quarantine**, hijacking, unannounced strike, **natural disaster**, or a civil disorder (emphasis added)."

14. On or about March, 10, 2020, the Italian government issued a nationwide stay-at-home order and closed its borders to international travelers to stop or slow the spread of COVID-19

15. Under Decree No. 19, Article 2, issued by the Italian government Council of Ministers, as of June 3, 2020, Italy's international borders reopened to travelers arriving from member countries of the European Union, countries within the Schegen Zone, the United Kingdom and Northern Ireland, and the microstates and principalities of Andorra, Monaco, San Marino, and the Vatican. Travel from the United States remained prohibited.

16. As of June 5, 2020, the day the Plaintiffs were scheduled to travel to Italy, residents of the United States were not permitted to enter Italy, except for proven work, urgent health needs, or to return to their place of residence. Those traveling to Italy from the United States were required to self-isolate for two weeks after arrival.

17. As of June 5, 2020, the day the Plaintiffs were scheduled to travel to Italy, the US Department of State had a Global Level 4 Health Advisory in place, which advised US citizens to avoid all non-essential travel to Italy.

18. The Italian travel restrictions/bans barring the Plaintiffs from travelling to Italy were issued to contain the spread of a contagious disease, COVID-19.

19. More than 50% of the Plaintiffs' Covered Trip was cancelled and/or interrupted as a result of a "quarantine" and as a result of a "natural disaster."

20. The Plaintiffs sought coverage for their loss under the policy.

21. Defendants denied the Plaintiffs' claim, and have refused to satisfy their obligations and provide benefits under the policy.

22. Defendants have asserted that the cancellation of the Covered Trip was not covered under the policy because the policy excludes losses resulting from "changes in plans for reasons other than those

4

specifically listed in [the] coverage" and the cancellation reason was "not a covered reason and is considered changes in plans for reasons other than those specifically listed in the coverage which is a direct exclusion of the policy." The "travel restrictions/restrictions/bans, including the Italian government prohibiting entrance to Italy, is not a Covered Reason listed." (Declination letter attached as Exhibit B)

23.     Defendants' denial of the Plaintiffs' claim was contrary to the plain policy terms, without reasonable justification, and made in bad faith.

## CLASS ACTION ALLEGATIONS

24.     The Plaintiffs bring this action, including all counts alleged herein, on behalf of themselves and under Federal Rule of Civil Procedure 23 on behalf of a Class of persons consisting of:

> **Nationwide Class**
> All persons within the United States (1) who purchased travel insurance from Defendants (2) who incurred expenses because a "covered trip" was cancelled or interrupted due to the COVID-19 pandemic, and (3) who were denied benefits because defendants failed to acknowledge the cancellation and/or interruption was the result of a "quarantine" and/or the result of a "natural disaster."

25.     In the event the Court declines to certify the Nationwide Class, in the alternative and pursuant to Federal Rule of Civil Procedure Rule 23(c)(5), the Plaintiffs seek to represent the following State Class:

> **Statewide Class**
> All persons within the State of Ohio (1) who purchased travel insurance from Defendants (2) who incurred expenses because a "covered trip" was cancelled or interrupted due to the COVID-19 pandemic, and (3) who were denied benefits because defendants failed to acknowledge the cancellation and/or interruption was the result of a "quarantine" and/or the result of a "natural disaster."

26.     On information and belief, the policy issued to the Plaintiff is the same or substantially similar to the policies issued by Defendants to each person included within the Class across the country, with only minimal, non-relevant, alterations between the various policies or policy forms.

27.     On information and belief, Defendants have refused to perform their obligations to the Class for the same erroneous reasons provided to the Plaintiffs— that Defendants' policies do not provide coverage for cancellations due to travel restriction/bans (including travel restrictions/bans prohibiting entrance into a country or region) or for cancellations due to the COVID-19 pandemic.

28.     This action involves common questions of law and fact, which predominate over any questions affecting only individual class members, including, for example but without limitation:

      A.   The meaning and interpretation of the terms of the relevant policy provisions, including the term "quarantine;"

      B.   The meaning and interpretation of the terms of the relevant policy provisions, including the term "natural disaster,"

      C.   Whether travel restrictions/bans issued by governmental authority to stop or slow the spread of COVID-19 fall within the definition of "quarantine" under the terms of the policies;

      D.   Whether the COVID-19 pandemic constitutes a "natural disaster" under the terms of the policies;

29.     Excluded from the defined Class are Defendants and any of their affiliates, parents, subsidiaries, officers, directors, employees, successors, or assigns; governmental entities; and the Court staff assigned to this case and their immediate family members. The Plaintiffs reserve the right to modify or amend the Class definition, as appropriate, during this litigation.

6

30.    The number and identity of the Rule 23 Class Members are ascertainable from Defendants' records.

31.    All of the records relevant to the claims of Rule 23 Class Members should be found in Defendants' records.

32.    For purposes of notice and all other purposes related to this action, their names and contact information are readily available from Defendants' records.

33.    Notice can be provided by means permissible under Rule 23.

34.    The Rule 23 Class Members are so numerous that joinder of all members is impractical, and the disposition of their claims is a classable benefit of the parties and the Court.

35.    Plaintiffs' claims are typical of those claims which could be alleged by any Rule 23 Class Member, and the relief sought is typical of the relief which would be sought by each Rule 23 Class Member in separate actions.

36.    Plaintiffs and the Rule 23 Class Members have all sustained similar types of damages as a result of Defendants' failure to satisfy its obligations to provide travel insurance benefits.

37.    Plaintiffs are able to fairly and adequately protect the interest of the Rule 23 Class Members and has no interest antagonistic to the Rule 23 Class Members.

38.    Plaintiffs are represented by attorneys who are experienced and competent in both class action litigation and insurance coverage litigation.

39.    A class action is superior to other available methods for the fair and efficient adjudication of the controversy.  A class action will permit a large number of similarly situated persons to prosecute the common claims in a single form, simultaneously, efficiently, without the unnecessary duplication of efforts and expenses that numerous individual actions and gender.

40.     This action is properly maintainable as a class action under Federal Rule of Civil Procedure 23(b)(3).

41.     Common questions of fact and law exist as to the Rule 23 Class that predominate over any questions only affecting Plaintiffs in Rule 23 Class Members individually and include, but are not limited to:

> A.      The meaning and interpretation of the terms of the relevant policy provisions, including the term "quarantine;"
>
> B.      The meaning and interpretation of the terms of the relevant policy provisions, including the term "natural disaster,"
>
> C.      Whether travel restrictions/bans issued by governmental authority to stop or slow the spread of COVID-19 fall within the definition of "quarantine" under the terms of the policies;
>
> D.      Whether the COVID-19 pandemic constitutes a "natural disaster" under the terms of the policies;

42.     In recognition of the services Plaintiffs have rendered and will continue to render to the Rule 23 Class, Plaintiffs will request the payment of a service award upon resolution of this action.

43.     This action has been brought and may properly be maintained on behalf of the defined Class under criteria of Rule 23 of the Federal Rules of Civil Procedure

## COUNT I – BREACH OF CONTRACT

44.     The Plaintiffs hereby incorporate the allegations contained in each and every preceding paragraph of this Complaint as though set forth fully herein.

45.     The Plaintiffs, and each member of the Class, have performed all of their obligations under the policy(ies) by paying premiums prior to issuance of the applicable policy(ies).

8

46. Defendants have failed to perform their obligations to the Plaintiffs, and to each member of the Class, under the applicable policy(ies).

47. The Plaintiffs, and each member of the Class, have sustained damages as a direct and proximate result of Defendants' failure to perform their obligations under the applicable policy(ies).

## COUNT II – BAD FAITH

48. The Plaintiffs hereby incorporate the allegations contained in each and every preceding paragraph of this Complaint as though set forth fully herein.

49. Defendants' failure to pay the Plaintiffs' claim is without reasonable cause or justification, is willful and malicious, and is in bad faith, plainly inconsistent with the express language of the policy.

50. The Plaintiffs have sustained economic, emotional and psychological loss and damages as a result of Defendant's conduct.

## COUNT III – DECLARATORY JUDGEMENT

51. The Plaintiffs hereby incorporate the allegations contained in each and every preceding paragraph of this Complaint as though set forth fully herein.

52. The Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, allows the Court to declare the rights and other legal relations of the parties to this dispute.

53. There exists a real and substantial controversy between the parties concerning: (a) the meaning and interpretation of the terms of the relevant policy provisions, including the terms "quarantine" and "natural disaster"; (b) whether travel restrictions/bans issued by governmental authority to stop or slow the spread of COVID-19 constitutes "quarantine" under the terms of the policy(ies); (c) Whether the COVID-19 pandemic constitutes a "natural disaster" under the terms of the policy(ies); (e) whether the relevant provisions of the insurance policy(ies) are ambiguous; (f) whether coverage is, in fact, afforded due to a Covered Trip cancellation/ interruption caused by COVID-19 travel restrictions/bans and/ or the

COVID-19 pandemic; (g) whether insureds are entitled to payments from Defendants for losses sustained as a result of the cancellation of trips covered by the policy(ies) due to COVID-19 travel restrictions/bans and the COVID-19 pandemic; and (h) whether Defendant's denial of coverage was in bad faith, unreasonable, and without reasonable justification.

54. The Plaintiffs' legally protectable interests, and those of the Class, are adverse to those of Defendant.

55. The controversy is ripe for judicial determination, and there is sufficient immediacy and reality of the dispute to warrant the issue of declaratory judgement.

## REQUESTED RELIEF

WHEREFORE, Plaintiffs, Hope and Thomas Evans, individually and on behalf of all other Class members, request judgment against Defendants as follows:

A. That the Court enter an order certifying the Class, appointing Plaintiffs as Class Representatives, appointing the Plaintiffs' counsel as Class Counsel, and directing that reasonable notice of this action, as provided by Federal Rule of Civil Procedure 23(c)(2), be given to the class;

B. For a judgement against Defendants for the causes of action alleged against them;

C. For compensatory damages, including economic loss and emotional and psychological injury, arising out of the denial of coverage, which was done in bad faith and without reasonable justification, in an amount to be proven at trial;

D. For punitive damages, including legal fees and expenses;

E. For a declaration of Defendants' obligations under the policy(ies);

F. For prejudgment and post-judgement interest at the maximum rate permitted by law;

G. For the costs incurred in this action, including reasonable attorney's fees; and

H.  For such other and further relief to which it is entitled at law or in equity.

Respectfully submitted,

/s/ John F. McLaughlin
John F. McLaughlin (0052021)
Attorney for Plaintiffs
Rendigs, Fry, Kiely & Dennis, LLP
600 Vine Street, Suite 2650
Cincinnati, Ohio 45202
Main:  (513) 381-9200
Direct Dial: (513) 381-9368
Direct Fax: (513) 381-9206
Email: jmclaughlin@rendigs.com

## JURY DEMAND

Plaintiffs hereby demand a jury trial by the maximum persons permitted by law on all issues triable to a jury.

/s/ John F. McLaughlin

14476\2262405

AMEX ASSURANCE COMPANY
ATTN: AMERICAN EXPRESS TRAVEL INSURANCE
PO BOX 981553
EL PASO, TX 79998-9920

January 29, 2020



Dear HOPE  EVANS:                                    Identification#: 500012593813

Thank you for enrolling in American Express® Travel Insurance, the insurance that can help protect covered travelers should the unexpected occur while traveling.

Now you can travel with added confidence knowing you receive many important benefits for your Covered Trip including:

- **Trip Cancellation/Interruption Coverage.** Coverage for non-refundable expenses and additional travel expenses should you have to cancel or interrupt a trip due to illness or other covered emergencies.
- **Emergency Medical and Dental Expense Coverage.** Coverage for emergency medical and dental expenses if you need to seek treatment from a Physician during your trip.
- **Emergency Evacuation.** Coverage if you need to be evacuated due to a medical emergency.
- **Baggage Loss and Delay Protection.** Coverage for baggage that is lost or damaged. Plus you can be covered to replace important items if your baggage is delayed.
- **Trip Delay Protection.** Coverage to buy essentials if your flight is delayed, canceled, or you miss your connection flight.
- **Travel Accident Protection.** Coverage for Accidental Death & Dismemberment to protect the financial security of your loved ones in the event something happens to you while traveling.
- **Travel Assistance.** 24 hour hotline to provide assistance with medical and legal referrals, assistance with lost travel documents, translators, and more.

We have enclosed your Plan documents which summarize your benefits. Please read them carefully and keep them with your other important papers.

Enclosed is our privacy notice that explains how we collect and safeguard personal information and the choices you have about the use of that information when you enroll in American Express Travel Insurance products.



AMERICAN EXPRESS TRAVEL INSURANCE ®

American Express Travel Insurance (Policy AX0126, or Policy AETI-IND) is underwritten by AMEX Assurance Company, Administrative Office, Phoenix AZ.  Coverage is determined by the terms, conditions, and exclusions of the respective policies (see above) and is subject to change with notice.  This document does not supplement or replace the Policy.

**EXHIBIT**

A

If you have any questions, please contact our Client Service Department by calling 800-228-6855.

You also can visit us at www.americanexpress.com/travel-insurance to learn more about the other products we have that can meet your travel needs.

Thank you for your participation in American Express Travel Insurance.


Sincerely,

Jonathan T. Moore
President
AMEX Assurance Company

This plan provides insurance coverage that only applies during the covered trip.  You may have coverage from other sources that provides you with similar benefits but may be subject to different restrictions depending upon your other coverages.  You may wish to compare the terms of this policy with your existing life, health, home, and automobile insurance policies.  If you have any questions about your current coverage, call your insurer or insurance agent or broker.

The contact information for American Express Travel Related Services Company, Inc. is 200 Vesey, New York, NY, 10285; Tel: 1-800-228-6855; e-mail: AETI@aexp.com; License #: California license number 0649234, New York license numbers LA-650051 and PC-650051.  Depending on your state of residence, your state Department of Insurance may have a toll-free consumer hotline.

**The following disclosures are being provided to you as required by law.  The disclosure that is applicable to your insurance purchase will vary depending on how you made your purchase.**

**If you purchased your insurance over the telephone from a licensed representative who receives compensation based on the sale of insurance the following applies to you:**
The insurance producer from whom you purchased this coverage is a licensed insurance agent and has been appointed by AMEX Assurance Company.  As a result of this, he or she is able to discuss the product with you and sell insurance.

The insurance agent will receive a commission for this sale of insurance from AMEX Assurance Company.  The amount of the commission will vary with the amount of premium charged, and may also vary depending upon customer satisfaction and overall sales performance.  This commission has already been included within your premium amount so there is no additional charge.

For residents of New York:  You may request additional information regarding this compensation arrangement for 30 days after your purchase of the insurance product by calling the number found within your plan documents.

**If you purchased your insurance over the telephone from a licensed representative who does not receive compensation based on the sale of insurance the following applies to you:**
The insurance producer from whom you purchased this coverage is a licensed insurance agent and has been appointed by AMEX Assurance Company.  As a result of this, he or she is able to discuss the product with you and sell insurance.  Compensation will not be paid by AMEX Assurance Company or any third party based on the sale of this insurance coverage.

**If you purchased your insurance through a method other than those listed above then the following applies to you:**
American Express Travel Related Services Company Inc., a licensed insurance producer, will provide services to you as a representative of and on behalf of AMEX Assurance Company and will receive compensation from AMEX Assurance Company in connection with the placement of insurance.  When identifying insurance products that may be of interest to you, American Express and its affiliates may also receive compensation or additional financial benefit when AMEX Assurance Company or another American Express entity acts as the insurer, reinsurer or intermediary for these products.  The insurance producer will not receive compensation based on the sale of insurance coverage from AMEX Assurance Company or any third party.

Rev. 4/2018

| FACTS | WHAT DOES AMERICAN EXPRESS, IN CONNECTION WITH THE AMEX ASSURANCE PRODUCTS IT OFFERS, DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and insurance claim history<br>• payment history and transaction history |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons American Express chooses to share; and whether you can limit this sharing. |

| Reasons we can share personal information | Does American Express share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes –** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes –** to offer our products and services to you | Yes | No (but please see the "To limit direct marketing" box below for information about additional privacy choices) |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes –** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes –** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | No (although we may share aggregated or de-identified data) | We don't share personal information |

| To limit our sharing | Call us at 1-800-228-6855 Please note:<br><br>If you are a new customer, we can begin sharing your personal information 30 days from the date we sent this notice. When you are no longer our customer, we continue to share your personal information as described in this notice.<br>However, you can contact us at any time to limit our sharing. |
|---|---|
| To limit direct marketing | We provide additional privacy choices to customers. Privacy elections you make for any one product or service may not automatically be applied to other products and services. To let us know if you do not want us to use your personal information to communicate with you about offers by mail, telephone, and/or e-mail:<br>• Call us at 1-800-228-6855 |
| Questions? | Call 1-800-228-6855 or go to www.americanexpress.com/contact. |

## Who we are

| | |
|---|---|
| **Who is providing this notice?** | American Express Travel Related Services Company, Inc. and other American Express Affiliates that provide financial products or services, including American Express National Bank and AMEX Assurance Company. |

## What we do

| | |
|---|---|
| **How does American Express protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| **How does American Express collect my personal information?** | We collect your personal information, for example, when you<br>• open an account or apply for insurance<br>• give us your contact information or file an insurance claim<br>• tell us where to send the money<br>We also collect your personal information from others, such as affiliates or other companies. |
| **Why can't I limit all sharing of personal information?** | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes – information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | We don't offer joint accounts. |

## Definitions

| | |
|---|---|
| **Affiliates** | Companies related by common ownership or control.  They can be financial and nonfinancial companies.<br>• *Our affiliates include companies with the American Express name, including financial companies such as American Express Travel Related Services Company, Inc. and nonfinancial companies. Affiliates may also include other companies related by common ownership or control, such as AMEX Assurance Company, a provider of American Express Card-related insurance services.* |
| **Nonaffiliates** | Companies not related by common ownership or control.  They can be financial and nonfinancial companies.<br>• *Nonaffiliates with which we share personal information include service providers, including, for example, direct marketers, that perform services or functions on our behalf.* |
| **Joint marketing** | A formal agreement between nonaffiliated companies that together market financial products or services to you.<br>• *Our joint marketing partners include financial companies.* |

## Other important information

We may transfer personal information to other countries, for example, for customer service or to process transactions.
**AMEX Assurance Company customers:** You may have the right to access and correct recorded personal information. Personal information may be disclosed by us to detect fraud or misrepresentation, to verify insurance coverage, to an insurance regulatory authority, law enforcement or other governmental authority pursuant to law, or to a group policyholder for purposes of reporting claims experience or conducting an audit. Personal information related to insurance claim activity obtained from a report prepared by an insurance-support organization on our behalf may be retained by such organization and disclosed as required by law. State law may be more protective than federal law.
**California:** If your American Express account has a California billing address, we will not share your personal information except to the extent permitted under California law.
**Vermont:** If your American Express account has a Vermont billing address, we will automatically treat your account as if you have directed us not to share information about your creditworthiness with our affiliates.

500012593813
American Express Travel Insurance ID Number

# TRAVELING COMPANION DESIGNATION FORM

**Enrollee:** HOPE   EVANS

January 29, 2020

|  |  |  |
|---|---|---|
| **Return to:** | **AMERICAN EXPRESS** | **Phone #: 800.228.6855** |
|  | **ATTN: TRAVEL AND RETAIL SERVICES** | **FAX #: 800.858.5971** |
|  | **PO BOX 981546** | **623.707.4359 (international)** |
|  | **EL PASO, TX 79998-9919** |  |

This form will allow you to designate traveling companions, in addition to those listed on your policy, for the purposes of Trip Cancellation/Interruption coverage.  In the event you have a Trip Cancellation/Interruption claim, this information will assist us in processing your claim appropriately. This form must be completed and received before Covered Trip Departure Date.

**This form is only necessary to fill out** if you are traveling with a person(s) who has enrolled in American Express® Travel Insurance coverage separately (not someone enrolled as a Covered Person under your plan), or will be enrolling in American Express Travel Insurance separately.

**Please note:** the total number of traveling companions, including those enrolled on the same policy, for any Covered Person may not exceed 9. The form most recently received by American Express Travel Insurance will supersede previously received forms.

---

**\*REQUIRED SECTION – PLEASE LIST AT LEAST ONE PERSON OR THIS FORM CANNOT BE PROCESSED \***

Traveling Companion (please print clearly):

Full Name (Required)     American Express Travel Insurance ID Number (Optional)

Full Name (Required)     American Express Travel Insurance ID Number (Optional)

Full Name (Required)     American Express Travel Insurance ID Number (Optional)

Full Name (Required)     American Express Travel Insurance ID Number (Optional)

Full Name (Required)     American Express Travel Insurance ID Number (Optional)

Full Name (Required)     American Express Travel Insurance ID Number (Optional)

Full Name (Required)     American Express Travel Insurance ID Number (Optional)

Full Name (Required)     American Express Travel Insurance ID Number (Optional)

Full Name (Required)     American Express Travel Insurance ID Number (Optional)

---

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*SEE PAGE 2 TO COMPLETE FORM\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

500012593813
American Express Travel Insurance ID Number

**\*REQUIRED SECTION – PLEASE COMPLETE IN ITS ENTIRETY OR WE CANNOT PROCESS THIS FORM\***
I affirm that the above listed individual(s) are accompanying me on my trip.

_____        _____
Signature of Covered Person                                           Date

_____        _____
Name of Covered Person                                               Phone Number

AMEX Assurance Company
American Express® Travel Insurance

### NOTICE OF HEALTH INFORMATION PRIVACY PRACTICES

**THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.**

This Notice of Health Information Privacy Practices describes how we may use and disclose your protected health information to administer your American Express Travel Insurance coverage, and for other purposes that are permitted or required by law. It also sets out our legal obligations concerning your protected health information. Additionally, this Notice describes your rights to access and control your protected health information. We are required to provide this Notice to you pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and state law.

This Notice applies only to certain health-related products covered by our company and its affiliated entities. "Health-related products" are individual or group products that provide, or pay the cost of, medical care. These include major medical policies, dental and vision products, Medicare supplemental insurance and long-term care policies that have a health care reimbursement component. This Notice does not apply to certain products (such as a life insurance or disability insurance policy) that may involve some use or disclosure of health information, but whose primary function is not the reimbursement of the costs of health care.

Protected health information is individually identifiable health information, including demographic information, created or received by a health care provider, a health plan, your employer, or a health care clearinghouse and that relates to: (i) your past, present, or future physical or mental health or condition; (ii) the provision of health care to you; or (iii) the past, present, or future payment for the provision of health care for you.

If you have any questions or want additional information about the Notice or the policies and procedures described in the Notice, please contact: Attn: Card Products, AMEX Assurance Company HIPAA Compliance, MC: 08-01-20, 20022 N. 31st Ave., Phoenix, AZ 85027 or call 1-800-228-6855, to reach a Client Service associate.

**<u>Effective Date</u>**

This notice became effective on April 14, 2003 and was amended on August 1, 2017.

**<u>Our Responsibilities</u>**

We are required by law to maintain the privacy of your protected health information. We are obligated to provide you with a copy of this Notice of our legal duties and our privacy practices with respect to protected health information. And we must abide by the terms of this Notice. We reserve the right to change the provisions of our Notice and make the new provisions effective for all protected health information that we maintain. If we make a material change to our Notice, we will mail a revised Notice to the address that we have on record for you.

**<u>Primary Uses and Disclosures of Protected Health Information</u>**
The following is a description of how we are most likely to use and/or disclose your protected health information. Where state law provides additional restrictions on how we can use and disclose information, we will follow applicable state laws.

**Payment and Health Care Operations**
We have the right to use and disclose your protected health information for all activities that are included within the definitions of "payment" and "health care operations" as set out in 45 C.F.R. § 164.501 (this provision is a part of what is known as "the HIPAA Privacy Regulations"). We have not listed in this Notice all of the activities included within these definitions, so please refer to 45 C.F.R. §164.501 for a complete list.

**Payment**
We will use or disclose your protected health information to fulfill our responsibilities for coverage and providing benefits under your policy. For example, we may disclose your protected health information when a provider requests information regarding your eligibility for coverage under our health plan, or we may use your information to determine if a treatment that you received was medically necessary.

**Health Care Operations**
We will use or disclose your protected health information to support our business functions. These functions include, but are not limited to: quality assessment and improvement, reviewing provider performance, licensing, business planning, and business development. For example, we may use your information (i) to respond to a customer service inquiry from you, (ii) to review the quality of medical services being provided to you, or (iii) to conduct audits or medical review of claims activity.

**Business Associates**
We contract with individuals and entities (known as "business associates") to perform various functions on our behalf or to provide certain types of services. The functions they provide include administering claims and policy service support. To perform these functions or to provide the services, business associates may receive, create, maintain, use, or disclose protected health information, but only after we require the business associates to agree in writing to contract terms designed to appropriately safeguard your information.

**<u>Other Possible Uses and Disclosures of Protected Health Information</u>**

We may disclose your protected health information for other purposes, which are permitted by law. Those purposes may include:

- **As Required by Law.** We may use or disclose protected health information to the extent such use or disclosure is required by law and the use or disclosure complies with and is limited to the relevant requirements of such law.

- **Judicial or Administrative Purposes**. We may disclose protected health information for judicial or administrative purposes, such as a response to a court order, search warrant, or subpoena.

- **Law Enforcement Purposes.** We may disclose your protected health information to a law enforcement official for certain purposes (e.g., providing limited information to locate a missing person or report a crime).

- **Specialized Government Functions.** We may disclose your protected health information to a government benefit program for which health information is relevant to beneficiary eligibility.

**<u>Required Disclosures of Your Protected Health Information</u>**

The following is a description of disclosures that we are required by law to make.

**Government Audits**
We are required to disclose your protected health information to the Secretary of the U.S. Department of Health and Human Services (HHS) when the Secretary is investigating or determining our compliance with the HIPAA Privacy Regulations.

**Disclosures to You**
We are required to disclose to you most of your protected health information in a "designated record set" when you request access to this information. Generally, a "designated record set" contains medical and billing records, as well as other records that are used to make decisions about your health care benefits.

**<u>Other Uses and Disclosures of Your Protected Health Information</u>**

**Personal Representatives**

We will disclose your protected health information to individuals authorized by you, or to an individual designated as your personal representative, attorney-in-fact, etc., so long as we receive sufficient documentation for us to determine that such person has the authority to act on your behalf. We are not required to disclose information to a personal representative, however, if we have a reasonable belief that (i) you have been, or may be, subjected to domestic violence, abuse, or neglect by such person, (ii) treating the person as your personal representative could endanger you, or (iii) in the exercise of professional judgment, it is not in your best interest to treat the person as your personal representative.

**Authorizations**

Other uses and disclosures of your protected health information that are not described above will be made only with your written authorization. If you provide us with such an authorization, you may revoke the authorization in writing, and this revocation will be effective for future uses and disclosures of protected health information. However, the revocation will not be effective for information that we already have used or disclosed in reliance on your authorization.

## Your Rights

You have the following rights with respect to your protected health information.

**Right to Request a Restriction**

You have the right to request a restriction on the protected health information we use or disclose about you for payment or health care operations. You also have the right to request a limit on the protected health information that we disclose to someone who is involved in your care, such as a family member or friend.

We are not required to agree to any restriction that you may request. If we do agree to the restriction, we will comply with the restriction unless the information is needed to provide service to you under the policy in the event of an emergency, or unless you have revoked the restriction.

Any request for a restriction must be in writing. In your request tell us: (1) the information whose disclosure you want to limit and (2) how you want to limit our use and/or disclosure of the information.

**Right to Request Confidential Communications**

If you believe that a disclosure of all or part of your protected health information may endanger you, you may request in writing that we communicate with you regarding your information in an alternative manner or at an alternative location.

In your request tell us: (1) the parts of your protected health information about which you want us to communicate with you in an alternative manner or at an alternative location and (2) that the disclosure of all or part of the information in a manner inconsistent with your instructions would put you in danger.

**Right to Inspect and Copy**

You have the right to inspect and copy your protected health information that is contained in a "designated record set". Generally, a "designated record set" contains medical and billing records, as well as other records that are used to make decisions about your health care benefit. However, you may not inspect or copy psychotherapy notes or certain other information that may be contained in a designated record set.

To inspect and copy your protected health information that is contained in a designated record set, you must submit your request in writing. If you request a copy of the information, we may charge a fee for the costs of copying, mailing, or other supplies associated with your request. Within 30 days of receiving your request, we shall: (1) provide you access to the protected health information; (2) disclose to you the identity of those persons to whom protected health information was disclosed during the 2 years prior to such request or, if unknown, the names of those persons to whom such information is normally disclosed; and (3) provide you with a summary of the procedures by which you may request correction, amendment or deletion of the protected health information. If we do not maintain the protected health information that is the subject of your request, and we know where the requested information is maintained, we will inform you where to direct the request for access.

We may deny your request to inspect and copy your protected health information in certain limited circumstances. If you are denied access to your information and you request that the denial be reviewed, we will review your request.

**Right to Amend**
If you believe that your protected health information is incorrect or incomplete, you may request in writing that we amend your information. Your request should include the reason the amendment is necessary.

In certain cases, we may deny your request for an amendment. For example, we may deny your request if the information you want to amend is not maintained by us, but by another entity. If we deny your request, you may have the right to file a statement of disagreement with us. Your statement of disagreement will be linked with the disputed information and all future disclosures of the disputed information will include your statement.

**Right of an Accounting**
You have a right to request in writing an accounting of most disclosures of your protected health information that are for reasons other than payment or servicing your policy. Within no later than 60 days after we receive your accounting request, we will provide you with the accounting requested or extend the time to provide the accounting by no more than 30 days. An accounting will include the date(s) of the disclosure, to whom we made the disclosure, a brief description of the information disclosed, and the purpose for the disclosure.

Your request may be for disclosures made up to 6 years before the date of your request. The first accounting list you request within a 12-month period will be free. For additional accounting lists, we may charge you for the costs of providing the list. We will notify you of the cost involved and you may choose to withdraw or modify your request at the time before any costs are incurred.

**Right to a Paper Copy of This Notice**
You have the right to a paper copy of this Notice. You may ask us to give you a copy of this Notice at any time. Even if you have agreed to receive this Notice electronically, you are still entitled to a paper copy. You may obtain such a copy by requesting one from our Client Service Department at 1-800-228-6855.

**Complaints**

If you believe that we have violated your privacy rights, you may file a complaint with us, the applicable state department of insurance or with the Secretary of HHS. You may file a complaint with us by writing to: Attn: Card Products, AMEX Assurance Company HIPAA Compliance, MC: 08-01-20, 20022 N. 31st Ave., Phoenix, AZ 85027.

Complaints filed directly with the Secretary of HHS must: (1) be in writing; (2) contain the name of the entity against which the complaint is lodged; (3) describe the relevant problems; and (4) be filed within 180 days of the time you become aware of the problem.

We will not penalize or in any other way retaliate against you for filing a complaint with the Secretary, state department of insurance or with us.

## American Express® Travel Insurance
## Schedule of Benefits

Underwritten by AMEX Assurance Company
Administrative Office, MC 08-01-20, 20022 N. 31st Ave., Phoenix, AZ 85027

This Schedule of Benefits is the summary of benefits for You, the American Express Travel Insurance Enrollee, and any additional Covered Persons enrolled by You. This document will serve as proof of insurance coverage.

If You should have any questions regarding Your benefits or would like to request a change, please contact Us at 1-800-228-6855. For any change in coverage, the Coverage Effective Date will be the next business day following Our acceptance of the change and receipt of any additional required premium.

For the 24-Hour Travel Assistance Hotline, please call: 1-800-228-6855 within the United States or collect to 1-(303)-273-6497 from anywhere else.

Name of Enrollee:     HOPE   EVANS

Names of Covered Persons:

Covered Person   1  -  Hope Levy Evans

Covered Person   2  -  Thomas Montgomery Evans

American Express Travel Insurance Identification Number:  500012593813

American Express Travel Insurance Coverage Selected:   Comprehensive Gold Package
Payment Plan: Designated Trip
Premium Amount: $1,904.00

This Coverage Includes:

- Trip Cancellation for Covered Person(s) (aggregate amount(s)):
    - 1 up to $16,000.00
    - 2 up to $16,000.00
- Trip Interruption up to 150% of the aggregate amount
- Emergency Medical Evacuation/Repatriation* up to $500,000
- Emergency Medical* up to $25,000
- Emergency Dental Expense* up to $750
- Global Trip Delay up to $750
- Baggage Delay up to $300
- Baggage Loss up to $1,000
- Travel Accident Protection up to $200,000
- 24-Hour Accidental Death & Dismemberment up to $100,000
- 24-Hour Travel Assistance Hotline

AETI-SCHBF 3/10

* these benefits are part of the Global Medical Plan

Enrollment Date:  01/29/2020

Covered Trip Destination:  Italy

Covered Trip Departure Date and Conclusion Date:  06/05/2020 - 06/15/2020

Trip Cancellation Coverage Effective Date and Conclusion Date:  01/29/2020 - 06/05/2020

Global Medical Plan Coverage Effective Date and Conclusion Date: 06/05/2020 - 06/15/2020

All Other Enrolled Coverage Effective Date and Conclusion Date: 06/05/2020 - 06/15/2020

AETI-SCHBF 3/10

# AMERICAN EXPRESS® TRAVEL INSURANCE

## CERTIFICATE OF INSURANCE

Underwritten by AMEX Assurance Company

Administrative Office, MC 08-01-20, 20022 N. 31st Ave., Phoenix AZ 85027

| | |
|---|---|
| Certificate prepared for: | HOPE  EVANS |
| Identification number: | 500012593813 |

We have issued the Group Master Policy AX0126 (herein called the Policy) to the Master Policyholder.  Coverage is provided to You and Traveling Companions enrolled for coverage, subject to the exclusions and provisions of the Policy.

IF YOU ARE NOT FULLY SATISFIED WITH THE AMERICAN EXPRESS TRAVEL INSURANCE DESCRIBED WITHIN, YOU MAY VOID IT BY RETURNING THIS CERTIFICATE OF INSURANCE WITHIN 14 DAYS AFTER RECEIPT TO US AT AMERICAN EXPRESS TRAVEL INSURANCE, P.O. BOX 19020, GREEN BAY, WI 54307-9020 AND YOUR PREMIUM WILL BE REFUNDED IN FULL AND WHEN SO RETURNED THE COVERAGE WILL BE VOID FROM THE BEGINNING.

## COVERAGE EFFECTIVE DATE

Trip Cancellation coverage is effective the earlier of 12:01 a.m. on the date:
1. You applied for coverage as evidenced by phone, fax or electronic transmission; or
2. After the date Your enrollment is postmarked.

Coverage for Trip Interruption, Global Trip Delay, Global Baggage Protection, Travel Accident Protection, Emergency Medical and Dental Expense and Emergency Medical Evacuation/Repatriation coverage is effective at 12:01 a.m. on the Covered Trip Departure Date, provided:
1. Your enrollment is received and validated by Us; or
2. Your enrollment is postmarked prior to or on the Covered Trip Departure Date.

**For summary information about Covered Persons, Benefits and Coverage Effective Dates, see Your Schedule of Benefits.  For all types of benefits, coverage is not effective unless the correct premium has been paid.**

AETI-CRT-OH 3/10                               1

I.   INTRODUCTION TO YOUR COVERAGE................................................................ 3
II.  DEFINITIONS...................................................................................................... 3
III. DESCRIPTION OF BENEFITS............................................................................ 7
    A.   TRIP CANCELLATION/INTERRUPTION......................................... 7
    B.   GLOBAL MEDICAL PROTECTION..............................................11
    C.   GLOBAL TRIP DELAY..................................................................14
    D.   GLOBAL BAGGAGE PROTECTION.............................................15
    E.   TRAVEL ACCIDENT PROTECTION..............................................17
IV. TRAVEL ASSISTANCE AND OUR 24-HOUR HOTLINE..............................20
V.  CHANGING YOUR BENEFITS...........................................................................21
VI. TERMS THAT APPLY TO ALL BENEFITS........................................................21
    A.   GENERAL PROVISIONS, INCLUDING PREMIUMS AND CLAIMS.........................21
    B.   GENERAL LIMITATIONS AND EXCLUSIONS..............................24
VII. TERMINATION OR CANCELLATION OF COVERAGE....................................26
    A.   REASONS FOR TERMINATION OF COVERAGE OR END OF A COVERED TRIP.................26
    B.   REQUIREMENTS FOR TERMINATION........................................26

## I. INTRODUCTION TO YOUR COVERAGE

This Certificate of Insurance Coverage ("Certificate") provides travel benefits for Covered Persons as described below.

This Certificate **replaces any other Certificate that You may have received previously.** The benefits described in this Certificate are subject to all the terms, conditions and exclusions of the Policy. **This Certificate is an important document. Please read it and keep it in a safe place.**

## II. DEFINITIONS

Certain words used in this Certificate are capitalized throughout and have special meanings. Wherever used herein, the singular shall include the plural, the plural shall include the singular, as the context requires. Some words defined in this section only relate to certain benefits and may not apply to Your Certificate if You do not choose those benefits.

**Accident** means a sudden, unexpected, or unintended event that occurs at a single, identifiable time and place, and that causes Accidental Death, Dismemberment, or Accidental Injury. An Accident may not be caused by Sickness or other conditions, or by the voluntary ingestion, injection, or inhalation of any substance.

**Accidental Death** means the death of a Covered Person as a direct result of an Accident.

**Accidental Injury** means bodily injury to a Covered Person as a direct result of an Accident.

**Account** means the credit, charge, prepaid, or debit card account issued to the Enrollee in his or her name to which premiums will be billed. The Account must be listed on the enrollment form or provided to a representative by phone to be considered an eligible enrolled Account to which premium can be billed.

**Ambulance** means a vehicle equipped for transporting the injured and sick, staffed by trained personnel and is operated and duly licensed through a hospital, municipality or independent ambulance service.

**American Express Card** means for the purpose of this Certificate, any card bearing an American Express trademark or logo issued by American Express Travel Related Services, Inc. or its subsidiaries and affiliates.

**American Express Membership Rewards Points** or **Membership Rewards Points** means credits obtained through the Membership Rewards program available with most American Express Cards, which are earned when making certain purchases with such cards.

**Attending Physician** means the Physician from whom treatment is sought for a Sickness or Accidental Injury.

**Baggage** means each Covered Person's suitcases or traveling bags, the contents of each, and the Covered Person's personal effects that the Covered Person brings on a Covered Trip.

**Beneficiary** means the person or entity designated on forms and in a manner approved by Us to receive benefits in the event of Accidental Death. If no person or entity is designated, the Beneficiary will be determined by the terms of the Certificate.

**Boarding** means engaging, by a Covered Person, in the direct and immediate act of getting on and entering into a Scheduled Airline or Common Carrier Conveyance to begin, or while on, a Covered Trip.

**Business Effects** means property owned by the Covered Person or used in conjunction with the Covered Person's employment for which the safekeeping is the Covered Person's responsibility.

**Common Carrier Conveyance** means any land, water or air vehicle operated by a licensed common carrier and offered to the public to carry passengers for hire on a regularly scheduled basis. (A rental or personal vehicle is not a Common Carrier Conveyance.)

**Commutation** means travel between an individual's residence, whether Permanent or Temporary, and the individual's routine place of daily employment.

**Company** means AMEX Assurance Company and its duly authorized agents or subcontractors.

**Company Officer** means, in regards to the employer of a Covered Person, a person who acts in an official capacity in a company. Company Officers include, but may not be limited to directors, managers and corporate secretaries.

**Complications of Pregnancy** means conditions whose diagnoses are distinct from pregnancy, but are adversely affected by pregnancy or caused by pregnancy. Such conditions include, but are not limited to:

1. Acute nephritis;
2. Nephrosis;
3. Cardiac decompensation;
4. Missed abortion and similar medical and surgical conditions of comparable severity;
5. Non-elective cesarean section;
6. Ectopic pregnancy which is terminated;
7. Hyperemesis gravidarum and preeclampsia; or
8. Spontaneous termination of pregnancy that occurs during a period of gestation in which a viable birth is not possible.

Complications of Pregnancy shall not include:

1. False labor;
2. Occasional spotting;
3. Physician-prescribed rest during the period of Pregnancy;
4. Morning sickness; and
5. Similar conditions associated with the management of a difficult pregnancy not constituting a nosologically distinct complication of pregnancy.

**Coverage Effective Date** is the date shown on the Schedule of Benefits identifying the date coverage under the Certificate begins.

**Covered Person** means You or Your Traveling Companions who have met the enrollment requirements of the Plan, and for whom all premiums have been paid. If You pay for coverage on behalf of another person(s), but do not accompany the person(s) on the Covered Trip, You are not a Covered Person.

**Covered Trip** is defined in the Description Of Benefits section in connection with each type of benefit provided by Us under this Certificate.

**Covered Trip Conclusion Date** means the date on which the Covered Person is originally scheduled to return to the point where the Covered Trip started or to the Covered Person's final destination.

**Covered Trip Departure Date** means the date on which the Covered Person is originally scheduled to leave on the Covered Trip.

**Dentist** means a Doctor of Dental Surgery or Doctor of Dental Medicine as defined and licensed by the jurisdiction in which the Dentist is practicing, and who is providing dental services authorized by his or her license. The treating Dentist may not be a Covered Person, Spouse or Domestic Partner of the Covered Person, other Family Member of the Covered Person or anyone else related to the Covered Person by blood.

**Dependent** means

1. Your lawful Spouse or Domestic Partner;
2. Your unmarried, dependent children under 26 years of age who rely on You for financial support and maintenance; and
3. Your unmarried dependent children 26 years or older who because of a handicap condition that occurred before the attainment of the limiting age, are incapable of self-sustaining employment and dependent upon You for lifetime care and supervision. Coverage will be extended for as long as such child is incapacitated, unmarried and dependent.

**Deplaning** means engaging, by a Covered Person, in the direct and immediate act of moving down, out, or off of the Scheduled Airline while on a Covered Trip. Once the Covered Person's body has completely exited the Scheduled Airline, he or she is no longer Deplaning.

**Designated Trip Payment Plan** means a selected option of premium payment whereby You enroll for coverage and pay a premium for benefits selected under the Certificate for each Covered Person and Covered Trip. Re-enrollment is required for each Covered Trip.

**Dismemberment** means, with reference to hand or foot, complete and permanent severance through or above the wrist or ankle joint as a result of an Accident, and as used with reference to eye, means the irrecoverable loss of the entire sight thereof as a result of an Accident.

**Domestic Partner** means persons who either,

1. Can provide documentation of registration of the Domestic Partner relationship pursuant to a state, county or municipal provision, or
2. Can meet all of the following qualifications:
   a. Have resided with each other continuously for at least 12 months in a sole-partner relationship that is intended to be permanent;
   b. Are not married to any other person;
   c. Are at least 18 years old;
   d. Are not related to each other by blood closer than would bar marriage per state law; and
   e. Are financially interdependent as can be documented by copies of joint home ownership or lease, common bank accounts, credit cards, investments or insurance.

**Enrollee** means the person who authorizes completion of the enrollment form, who pays the required premium and, if applicable, takes a Covered Trip and enrolls eligible Traveling Companion(s).

**Exceptional Danger** means a circumstance in which a reasonably prudent person, using ordinary caution, would realize that he or she was at substantial risk of serious injury or death.

**Family Member** means the Covered Person's Dependent, son or daughter (including adopted and those who are in the process of becoming adopted, foster, step or in-law), Domestic Partner's son or daughter (including adopted and those who are in the process of becoming adopted, foster, step or in-law), brother or sister (including step or in-law), parent (including step or in-law), grandparent (including step or in-law), grandchild (including adopted and those who are in the process of becoming adopted, foster or step), aunt, uncle, niece, nephew, guardian, or ward.

**Felonious Assault** means an act of violence against a Covered Person, or the Covered Person's Family Member or Traveling Companion requiring medical treatment in a Hospital.

**Financial Default** means the complete suspension of operations due to financial situations, whether or not a bankruptcy petition is filed, or partial suspension of operations after the filing of a bankruptcy petition.

**High-Risk Articles** means the following personal property of a Covered Person:

1. Jewelry;
2. Sporting equipment;
3. Photographic or electronic equipment;
4. Computers and audio/visual equipment;
5. Items consisting in whole or in part of gold, silver or platinum; and
6. Furs or articles made mostly with fur or trimmed or lined with fur.

**Hospital** means an institution which meets all of the following requirements:

1. It is properly accredited and where required by law, holds a license as a Hospital;
2. It operates mainly for the care and treatment of sick or injured persons as inpatients;
3. It provides 24 hours a day nursing care by registered nurses;
4. It has staff of one or more Physicians available at all times; and
5. It provides organized facilities for diagnosis and surgical procedures.

Hospital does not include any of the following:

1. A facility used primarily for the care of the aged;
2. A mental institution or sanitarium;
3. A facility used primarily as a clinic, nursing home, hospice or similar place of business;
4. A long term nursing unit or geriatric ward;
5. A rehabilitative facility or extended care facility for convalescent patients; or
6. A military or veterans hospital, soldier's home or any hospital that is contracted for or operated by the federal government or any of its agencies for members or former members of the armed forces, unless You are legally required to pay for the services.

With respect to outpatient surgery or diagnostic testing, an ambulatory surgical center or a clinic will be considered a Hospital.

**Master Policyholder** means the trustee of the AMEX Assurance Travel Group Trust and any successors of such trustee that may serve in the future.

**Medically Necessary** means a service, supply, drug, or article that is:

1. Recommended and approved by a Physician or Dentist or acting within the scope of his or her license;
2. Consistent with the Covered Person's condition or accepted standards of good medical practice;
3. Medically proven to be effective for the Sickness or Accidental Injury for which it is recommended or approved;
4. Not performed mainly for the convenience of the Covered Person or the Physician or Dentist;
5. Not considered experimental or conducted for research purposes; and
6. The most appropriate level of services which can be safely provided to the Covered Person.

**Occurrence** means a single instance or a continuous or repeated exposure to conditions during the Period of Coverage which results in eligibility for payment of a Policy benefit. The loss shall be deemed one Occurrence if it is attributable directly or indirectly to one cause or to one series of similar causes.

**Participating Organization** means the organization of which You are a member that has completed a Participating Organization Application under the Master Policy and has been accepted by the Company.

**Pay with Points** is a process that may be available to an individual who accrues American Express Membership Rewards Points and then uses the Membership Rewards Points to pay for travel by converting them to statement credits to off-set some or all of the expense of that travel reflected on the individual's American Express Card Account statement.

**Period of Coverage** means that period of time during which a Covered Person is covered under the Policy. This period begins on the Coverage Effective Date, which is variable by coverage, and ends at 12:01 a.m. on the date immediately following the Covered Trip Conclusion Date.

**Permanent Residence** means the one primary dwelling place where the Covered Person resides and to which he or she intends to return.

**Physician** means a Medical Doctor or Doctor of Osteopathy as defined and licensed by the jurisdiction in which the Physician is practicing, and who is providing medical services authorized by his or her license. For the purposes of this Certificate, Physician also means an advanced practitioner licensed in the applicable jurisdiction to provide medical services under the direct supervision of a Medical Doctor or Doctor of Osteopathy, such as an advanced practice nurse or a physician's assistant, and who is providing medical services authorized by his or her license. The treating Physician may not be a Covered Person, Spouse or Domestic Partner of the Covered Person, other Family Member of the Covered Person or anyone else related to the Covered Person by blood.

**Plan** means the Policy and the benefits described therein.

**Policy** means the Group Insurance Master Policy AX0126 issued to the Master Policyholder and includes a copy of this Certificate, which is attached to the Policy issued to the Master Policyholder.

**Preexisting Condition** is a Sickness or Accident that existed, or for which a Covered Person, Traveling Companion or Family Member of a Covered Person or Traveling Companion was treated or received medical advice, before the Coverage Effective Date. The existence of a Preexisting Condition may cause certain benefits to be excluded, as explained in the section Terms That Apply To All Benefits, in the subsection on the Certificate's Preexisting Condition Exclusion.

**Reasonable and Customary** means the usual fee charged by a Physician or Dentist or by a provider of medical transportation services, or by a mortician, within a certain geographic area. The locality where the charge is made also will be considered. Locality means a county or such greater area as is needed to represent a cross section of providers giving the type of service or supplies for which the charge was made. If the fees charged are higher than the average amounts, the individual receiving the service is responsible for paying the difference.

**Replacement Cost** means the lesser of the cost to repair or replace Baggage with new material or property of like kind and quality as a result of physical loss, theft, pilferage, and significant damage to or destruction of the Baggage. Deduction for depreciation of the item will also be taken into consideration.

**Residence** means either the Covered Person's Permanent Residence or Temporary Residence.

**Schedule of Benefits** means the summary of benefits for all Covered Persons under the Certificate.

**Scheduled Airline** means a commercial airline that publishes schedules and fares for regular passenger service between cities and which is:

1. Of United States registry and certified for civil scheduled air transport by the United States government to carry passengers on a regularly scheduled basis; or
2. Of foreign registry and approved by the United States government or the appropriate foreign authority where the aircraft is registered; or
3. A Scheduled Charter, defined as an airline charter service that meets all of the following qualifications:
   a. It is operated by a Scheduled Airline;
   b. It is licensed to carry passengers for hire;
   c. It is available to the public; and
   d. It is not hired, owned or leased by a Covered Person's employer.

**Sickness** means an illness or disease.

**Spouse** means a person to whom the Covered Person is married.

**Temporary Residence** means a dwelling place where the Covered Person intends to reside for a limited time during a Covered Trip, and which is occupied or intended to be occupied by the Covered Person for 45 days or more.

**Terrorist Incident** means an act, outside the context of declared or undeclared war or of any form of unrest or civil disturbance, committed by one or more persons, neither enlisted nor commissioned in the armed forces of any nation state, for the express or implied purpose of achieving a political, ethnic, or religious goal which causes physical damage to humans, property or infrastructure.

**Traveling Companion** means a person enrolled by You or enrolled under a separate American Express Travel Insurance Certificate or American Express Award Travel Insurance Certificate who participates in the entire Covered Trip.

**Unforeseeable** means incapable of being anticipated with ordinary diligence.

**Unused Airfare** means the nonrefundable expense for a portion of the Covered Trip not taken through a Scheduled Airline.

**We, Us, Our** means the Company.

**You, Your** means, or refers to, the Enrollee.

## III. DESCRIPTION OF BENEFITS

The benefits chosen by You for the Covered Persons under this Certificate are included on the Schedule of Benefits attached to this Certificate. The required premium for the benefits is also included on the Schedule of Benefits. Once You and any Traveling Companions have been enrolled, You pay the required correct premium, and We validate and accept Your enrollment, We will provide the benefits described in this section to all Covered Persons.

### A. TRIP CANCELLATION/INTERRUPTION

**1. Definition of Covered Trip**

In relation to the Trip Cancellation/Interruption coverage as described below, Covered Trip means a period of travel by Common Carrier Conveyance, Scheduled Airline or other means:

a. The purpose of which is business or pleasure;
b. Which has a defined Covered Trip Departure Date and a Covered Trip Conclusion Date; and
c. Which does not exceed 365 consecutive days from the date of departure.

If the Covered Trip exceeds 365 consecutive days, We will cover only the first 365 days. The Covered Trip begins when a Covered Person Boards a Scheduled Airline or Common Carrier Conveyance to begin the trip or enters a vehicle or other means of transportation and begins the trip.

**2. Explanation of Benefits**

Trip Cancellation provides benefits for expenses the Covered Person incurs for Covered Trips cancelled up to the time and date of the Covered Trip Departure Date. Trip Interruption provides benefits for expenses the Covered Person incurs for Covered Trips that are interrupted on or after the time and date of the Covered Trip Departure Date. Coverage will include transportation to a Permanent or Temporary Residence.

3. **Covered Reasons for Trip Cancellation and Interruption**

We will pay this benefit if the Covered Person's or Traveling Companion's Covered Trip is cancelled or interrupted as a result of any of the following reasons:

a. **Unexpected or unintended injury, illness or disease:**
   (1) which is so disabling, in the written opinion of a Physician or Dentist, acting within the scope of his or her practice, as to reasonably cause the Covered Person to interrupt or cancel his/her Covered Trip;
   (2) occurring to a Family Member, Traveling Companion, or Traveling Companion's Family Member that is considered life threatening; or
   (3) occurring to a Family Member, Traveling Companion, or Traveling Companion's Family Member who requires the Covered Person's or Traveling Companion's care.

   The following requirements apply to an unexpected injury illness or disease:
   i. the injury, illness or disease must require examination or treatment by a Physician or Dentist, acting within the scope of his or her practice, prior to the cancellation or interruption of the Covered Trip (see definition of Covered Trip).
   ii. the Covered Person must notify the appropriate travel supplier(s) of the Covered Person's cancellation or interruption within 48 hours of a medical exam or treatment, or as soon as reasonably possible. Failure to do so may affect your claim payment;

b. Death of a Covered Person, Family Member, Traveling Companion, or Traveling Companion's Family Member if the death occurs within 30 days of the Covered Persons' scheduled Covered Trip Departure Date (but after the Covered Trip is purchased) or during the Covered Trip;

c. Unexpected or unintended circumstances for active duty members of the United States Armed Forces which will include official (written) revocation by a Unit Commanding Officer (as defined by the Armed Forces) of previously approved (written) leave which is not due to war-related situations, full or partial mobilization or mass reassignment of Armed Forces personnel or invocation of the War Powers Act;

d. Adverse weather or natural disasters resulting in the complete cessation of travel services for at least 24 hours. There is no coverage for storms or hurricanes that have been named by the World Meteorological Organization, National Weather Service (or meteorological organization of similar stature and purpose) prior to the purchase of the coverage;

e. The Covered Person's or Traveling Companion's Permanent or Temporary Residence becoming uninhabitable due to fire, flood, volcano, earthquake, vandalism, burglary or other natural disasters;

f. The accommodations at the Covered Person's destination are uninhabitable because of fire, flood, volcano, earthquake, vandalism, burglary or other natural disasters;

g. The Covered Person or Traveling Companion being subpoenaed, required to serve on a jury or served with a court order prior to the Covered Trip Departure Date or during the Covered Trip;

h. The Covered Person, Traveling Companion or Family Member of a Covered Person or Traveling Companion being hijacked or quarantined prior to the Covered Trip Departure Date or during the Covered Trip;

i. Unforeseeable, unintended or unexpected termination or layoff of a Covered Person's or Traveling Companion's employment by his or her employer, provided that the Covered Person or Traveling Companion who is terminated or laid off had been continuously employed by the employer as a full or part-time permanent employee for 24 months prior to the termination or layoff, not including self-employment;

**j.** Unforeseeable, unexpected or unintended Financial Default or bankruptcy of any tour operator, hotel, resort, rental car company, other travel supplier, Scheduled Airline, or Common Carrier Conveyance, whose services or products constitute all or part of the Covered Person's Covered Trip. Financial Default occurring on, before or less than 7 days after the Coverage Effective Date of Trip Cancellation is not covered;

**k.** If the Covered Person, Traveling Companion or Family Member of a Covered Person or Traveling Companion is the victim of a Felonious Assault within 10 days prior to the Covered Trip Departure Date;

**l.** Travel arrangements cancelled by a tour operator, Scheduled Airline or Common Carrier Conveyance due to adverse weather or as a result of labor disputes that affect public transportation;

**m.** Scheduled Airline or Common Carrier Conveyance-caused delays due to adverse weather or as the result of labor disputes that affect public transportation. The Scheduled Airline or Common Carrier-caused delay must be at least 6 hours or by 12:01 a.m. of the next day (in the time zone where the delay originally occurred), whichever happens first;

**n.** A Terrorist Incident in the Covered Person's city of destination that occurs after the Coverage Effective Date. The Covered Person must be scheduled to arrive in that city within 30 days following the Terrorist Incident;

**o.** A Covered Trip delay that results in the loss of more than 50% of the Covered Person's Covered Trip length. Covered Trip delay as it applies to such loss of Covered Trip length includes the following, unless caused by the action or inaction of a Covered Person or Traveling Companion: missed connections, delayed departure, cancellation, denied Boarding, Scheduled Airline or Common Carrier Conveyance-caused delays; lost or stolen passports, quarantine, hijacking, unannounced strike, natural disaster, or a civil disorder;

**p.** Required and mandatory evacuation ordered by local authorities at the Covered Person's final destination due to hurricane or other natural disaster. The Covered Person must have at least 50% of the total Covered Trip length remaining on such Covered Trip at the time the mandatory evacuation ends in order to cancel or interrupt such Covered Trip;

**q.** Direct involvement in a traffic accident by a Covered Person or Traveling Companion while directly en route to departure of Your Scheduled Airline or Common Carrier Conveyance.

**4. Covered Expenses under Trip Cancellation/Interruption Coverage**

A maximum benefit of up to the aggregate amount indicated on the Schedule of Benefits is provided to cover certain expenses listed below which are related to Trip Cancellation. Trip Interruption is reflected as a percentage of the aggregate amount which is also indicated on the Schedule of Benefits. Covered expenses mean:

**a.** Forfeited, published, nonrefundable payments or deposits incurred as a result of cancellation penalties imposed by tour operators, Scheduled Airline or Common Carrier Conveyances, or change fees incurred in lieu of full penalties not including travel agency penalties;

**b.** The charge incurred for an individual supplement if the Traveling Companion's Covered Trip is cancelled, but the Covered Person's Trip is not cancelled;

**c.** Unused, nonrefundable arrangements, made by the Covered Person;

**d.** If the Covered Person must return to a Permanent or Temporary Residence due to a covered reason described in this section, We will pay the greater of:

(1) additional transportation expenses to the Covered Person's Permanent or Temporary Residence via a Scheduled Airline, Common Carrier Conveyance, rental car or personal vehicle; or
(2) the value of the Covered Person's Unused Airfare or unused portion of any other nonrefundable land or sea travel arrangements;

e. Reasonable additional accommodation and economy class transportation expenses combined up to $150 per day if, during a Covered Trip, the Covered Person, the Covered Person's traveling Family Member or a Traveling Companion must remain in the Hospital or has been certified as medically unable to travel. This benefit is provided for a maximum of five days;

f. The charge to return the Covered Person's vehicle to a Permanent or Temporary Residence if it is necessary for the Covered Person to interrupt the Covered Trip and return to a Permanent or Temporary Residence via alternate transportation as a result of a covered loss; and

g. If the Covered Person is interrupted due to a covered reason described in this section, but can rejoin the Covered Trip at a different location, We will pay the additional transportation expenses in-order for the Covered Person to rejoin the Covered Trip.

**5.** **Notice of Claim and Proof of Loss**

**Notice of Claim:** The Covered Person shall provide Notice of Claim for a cancelled trip to Us as described in Terms That Apply To All Benefits, under the subsection on Claims. **In addition, if <u>interrupted</u> in the course of a Covered Trip, the Covered Person *must call Us* at 1-800-228-6855 within the United States or collect at 1-303-273-6497 from anywhere else *prior to making any additional accommodations or transportation arrangements. Failure to do so may affect coverage.***

**Proof of Loss:** The Covered Person must provide Us with documentation of the cancellation, interruption or delay and proof of the expenses incurred, as described in the section on Terms That Apply To All Benefits, under the subsection on Claims.

Additionally, the Covered Person must provide proof of payment for the Covered Trip (cancelled checks, credit card statements, receipts, proof of any refunds granted, copies of applicable tour operator, Scheduled Airline or Common Carrier Conveyance cancellation policies/guidelines, proof of age for each party claiming benefits and any other information reasonably required to prove the loss occurred).

Claims that involve health care or death require a patient or representative of the patient to sign an authorization to release medical or other information, and the attending Physician's statement. The Covered Person will be required to supply Us with all unused air, rail, cruise or other tickets, if they are claiming the value of those unused tickets.

**6.** **Exclusions and Limitations Applicable to Trip Cancellation/Interruption Coverage**

In addition to the exclusions described in the section on Terms That Apply To All Benefits, the following limitations and exclusions apply to the Trip Cancellation/Interruption coverage.

a. If the Covered Person fails to notify the appropriate travel supplier(s) of the cancellation within 48 hours of becoming aware of the need to cancel, We will only pay the cancellation penalties to which the Covered Person was subject prior to the expiration of the 48 hour period  However, if the Covered Person is unable to notify the appropriate travel supplier within 48 hours because a medical condition prevents the Covered Person from doing so or asking someone else to make such notice, We will pay additional cancellation penalties caused by such delay if the Covered Person notifies the travel supplier as soon as reasonably possible.

b. You may insure **no more than 10 Covered Persons**, including Yourself, on any Covered Trip.  Covered Persons may receive benefits for interruptions or delays caused by other Traveling Companions enrolled under a separate American Express Travel Insurance Certificate or American Express Award Travel Insurance Certificate only if You identify them when You enroll for coverage or call Us at 1-800-228-6855 within the United States or collect at 1-303-273-6497 from anywhere else before the Covered Trip and identify them. **The total number of Covered Persons and additional identified Traveling Companions may not exceed 10 individuals.**

c. We will not pay benefits under Trip Cancellation/Interruption coverage if the loss for which coverage is sought was directly or indirectly, wholly or partially, contributed to or caused by or related to:

(1) any covered reason which happens prior to the Coverage Effective Date;

(2) any covered reason which You or another Covered Person know at the time You purchase this coverage, or reasonably should know at that time, is likely to occur during the Period of Coverage;

(3) Scheduled Airline or Common Carrier Conveyance-caused delays except as provided elsewhere in this coverage;

(4) travel preparations cancelled by a tour operator, Scheduled Airline or Common Carrier Conveyance except as provided elsewhere in this coverage;

(5) changes in plans for reasons other than those specifically listed in this coverage;

(6) inability to obtain necessary travel documents (passports, visas, etc.), or being detained or having property confiscated by any customs authority;

(7) financial circumstances (for example personal bankruptcy) of the Covered Person, a Family Member, or Traveling Companion;

(8) any prohibition by or regulation of a state, federal or foreign government;

(9) Preexisting Conditions as described in Terms That Apply To All Benefits section, under the subsection on the Preexisting Condition Exclusion unless waived as also described in that subsection;

(10) covered expense incurred, while on or before a Covered Trip, as a direct result of complications of a medical procedure or medical condition from a Covered Trip taken for the purposes to seek advice for or treatment of any condition (if complications do not occur all covered expense benefits are eligible for such trips);

(11) fees associated with the rebooking of a cancelled/interrupted trip, or any other fees for services not specifically listed in this coverage;

(12) a cancellation or interruption of a Covered Trip due to a Felonious Assault inflicted by a Covered Person or a Family Member (if a Covered Person is assaulted by another Covered Person or Family Member, benefits under this Certificate are payable to the victim, but not to the perpetrator);

(13) cancellation penalties to which the Covered Person was subject prior to the purchase of this coverage; or

(14) employment or business-related obligations of the Covered Person, his or her Traveling Companion or a Family Member of the Covered Person or Traveling Companion.

## B. GLOBAL MEDICAL PROTECTION

### 1. Definition of Covered Trip

In relation to Global Medical Protection coverage described below, Covered Trip means a trip that originates from the Covered Person's Permanent Residence for any length of time and that is of a distance greater than a 150-mile radius from the Covered Person's Permanent Residence. If a trip exceeds 60 consecutive days, only the first 60 days of the trip will be covered under the Policy.

### 2. Emergency Medical and Dental Expense Benefit

### a. Explanation of Emergency Medical Expense Benefits

We will pay Medically Necessary costs up to $25,000 if a Covered Person suffers a Sickness or Accidental Injury occurring on a Covered Trip, subject to the limitations and exclusions described in this Certificate. Such Medically Necessary expenses shall be paid at a Reasonable and Customary rate and must be for:

(1) treatment by a Physician acting within the scope of his or her license;

(2) medical services provided in a Hospital;

(3) emergency prescriptions that directly relate to the Accidental Injury or Sickness suffered while on the Covered Trip; or

(4) the use of an Ambulance within 48 hours of the initial Occurrence of the Accidental Injury or Sickness.

In addition, the following provisions apply to the Medical Benefit:

(1) the first expense must be incurred outside of the 150-mile radius from the Covered Person's Permanent Residence;

(2) care must be received from a medical provider authorized by Us;

(3) the Covered Person may use the 24-Hour Travel Assistance Hotline benefit to help locate a Physician or medical facility;

(4) if the Covered Person is admitted to a Hospital or clinic as an inpatient, the Covered Person must make an effort to notify Us within 48 hours of admission or as soon as reasonably possible, in order to confirm the conditions of coverage;

(5) the Covered Person must ask the treating Physician or facility to contact Us immediately so We can confirm coverage and arrange direct payment of the covered medical expenses; and

(6) all benefits for medical care, including medical surgery, cease at the earlier date of when Your Covered Trip ends or when Your coverage terminates under the Policy.

**b. Explanation of Emergency Dental Expense Benefit**

We will pay Medically Necessary costs up to $750 if a Covered Person suffers an Accidental Injury or Sickness during a Covered Trip that requires Medically Necessary dental care performed by a Dentist acting within the scope of his or her license. This dental care benefit is subject to the limitations and exclusions described in this Certificate. Such Medically Necessary costs are only payable for treatment of natural teeth, including infection, repairing damage to the tooth's surface or loss of a filling.

In addition, the following provisions apply to the Dental Benefit:

(1) the first expense must be incurred outside of the 150-mile radius from the Covered Person's Permanent Residence;

(2) care must be received from a dental provider authorized by Us;

(3) the Covered Person may use the 24-Hour Travel Assistance Hotline benefit to help locate a dental facility;

(4) all benefits for dental care, including dental surgery, at the earlier date of when Your Covered Trip ends or when Your coverage terminates under the Policy; and

(5) damage to crowns or to cosmetic dentistry (such as porcelain veneers) benefits, are not covered.

**3. Emergency Medical Evacuation/Repatriation Benefit**

An amount of insurance up to $500,000 as selected by You and shown in the Schedule of Benefits will be provided as Emergency Medical Evacuation/Repatriation coverage, as described below. This benefit is in excess of other sources of insurance payable to the Covered Person.

**a. Evacuation**

If the Covered Person suffers from a Sickness that first manifests itself, or from an Accidental Injury that occurs, while on a Covered Trip and requires Medically Necessary treatment, We will arrange and pay Reasonable and Customary services required for evacuation to the nearest adequate medical facility. This service will be arranged only if the Covered Person's Attending Physician determines that adequate medical treatment is not locally available. Medically Necessary treatment must then be performed by a provider designated by Us. For a list of designated providers, please contact Us at 1-800-228-6855 within the United States or collect to 1-(303)-273-6497 from anywhere else. Timely notification by the Covered Person to Us is required.

Medical evacuation services will be provided by a medical transportation specialist or, if appropriate, by Scheduled Airline or Common Carrier Conveyance. Transportation will be arranged upon authorization from both the Covered Person's Attending Physician and a medical provider authorized by Us who concurs that the Covered Person is experiencing a Sickness or Accidental Injury, and is in need of evacuation. When the Covered Person is confined in a medical facility more than 150 miles from a Permanent Residence and the Attending Physician and Our medical provider determine it is feasible and Medically Necessary to transfer the Covered Person to a medical facility nearer a Permanent Residence to recuperate in familiar surroundings, medical evacuation for the Covered Person will be provided.

If We have previously evacuated the Covered Person to a medical facility and the medical provider designated by Us determines that it is Medically Necessary for the Covered Person to be returned to the point of departure, We will pay the Covered Person's medical evacuation airfare or Common Carrier Conveyance costs from that facility to the Covered Person's return destination within one year from the Covered Person's original Covered Trip Conclusion Date, less refunds from the Covered Person's unused transportation tickets. This benefit will be provided only if the medical provider designated by Us determines that the Covered Person's medical condition will not substantially change within 7 days following Hospital discharge or completion of treatment, thereby allowing the Covered Person to complete the Covered Trip as originally planned. Airfare costs will be of the same class as the Covered Person's original tickets. We will not pay for services arranged without Our prior consent or approval.

**b.  Repatriation of Mortal Remains**
When death occurs while on a Covered Trip We will pay the Reasonable and Customary expenses for the preparation and transportation of the Covered Person's remains or ashes to the commercial airport nearest the Covered Person's Permanent Residence. In no event will We pay more than the enrolled benefit amount. We must approve this service in advance.

**c.  Visitor To Covered Person's Bedside**
We will pay for economy class round trip transportation to the Covered Person's bedside for one person in the event a Physician determines Hospital care of 5 days or more is warranted for the Covered Person during a Covered Trip.  We must approve this service in advance.

**d.  Change of Flight**
Should the Covered Person suffer an Accidental Injury or Sickness while on a Covered Trip which leaves him/her confined to a Hospital, and if due to this he/she is unable to return to his/her point of origin on the date originally scheduled, We will pay up to $100 for domestic flights and up to $200 for international flights associated with a ticket change for the Covered Person's flight. This coverage will be payable on tickets which have a scheduled return date. This benefit does not cover conditions or events that, on the date the Covered Person left, are either known or known to likely occur.

**4.  Proof of Loss under Global Medical Protection**

In addition to following the Proof of Loss requirements in the section on Terms That Apply To All Benefits, under the subsection on Claims, a Covered Person shall allow the Company, at its expense, to examine the Covered Person as often as is reasonable while the Covered Person's claim is pending. The Company may also have an autopsy performed where it is not forbidden by law.

**5.  Our Payment of Claims Under Global Medical Protection**

We will pay claims under these Global Medical Protection benefits within 45 days after receipt of a complete Proof of Loss payable under the terms of this Policy, as described in the section on Terms That Apply To All Benefits, in the subsection on Claims.

**6.  Exclusions and Limitations Applicable to the Global Medical Protection**

In addition to the General Exclusions And Limitations described in the Terms That Apply To All Benefits section of this Certificate, the following exclusions or limitations apply to this benefit.

**a.  EXCESS to Other Coverage**
All benefits under this Global Medical Protection coverage are excess coverage as described in the section on Terms That Apply To All Benefits, under the General Limitations And Exclusions. This means that any other health, medical, dental or accident insurance coverage the Covered Person may have available to him/her is primarily responsible for paying benefits covered under this Certificate and we pay for expenses not covered by these other coverages, subject to other limitations and exclusions described in the Certificate. If We pay benefits to cover expenses incurred during a Covered Trip, We reserve the right to seek reimbursement from the Covered Person's other health, medical, dental or accident insurance plans. Covered Persons must cooperate with Us if We seek to recover expenses from their primary health, medical, dental or accident insurance carrier.

**b.  We will not pay either emergency medical or dental benefits, or emergency evacuation and repatriation benefits, for:**
(1)  procedures We consider experimental;
(2)  benefits which the Covered Person is entitled to under any Worker's Compensation act;
(3)  any surgical, dental or medical treatment which, in the opinion of the Attending Physician, can reasonably be delayed until the Covered Person returns to or arrives at his or her Permanent Residence;
(4)  any treatment or medication which at the time of departure is required to be continued during the Covered Trip;
(5)  any repatriation of mortal remains costs not authorized by Us;
(6)  the additional cost of a single or private room at a Hospital except when the Physician treating the Covered Person considers it Medically Necessary;
(7)  any dental appliance, any dental or medical prosthesis, hearing aids;
(8)  contact or corneal lenses, or prescription glasses or spectacles, including any examination of the eyes for these purposes;
(9)  cosmetic surgery, except surgery that is reconstructive, incidental and related to an Accidental Injury or Sickness;

(10) foot care, in connection with corns, calluses, flat feet, fallen arches, weak feet, chronic foot strain or symptomatic complaints of the feet;

(11) rest, spa or bath cures, nursing homes for custodial care or other custodial care facilities;

(12) any transportation other than the medical evacuation/repatriation arranged by Us or use of an Ambulance within 48 hours of the initial Occurrence of the Accidental Injury or Sickness;

(13) more than the enrolled benefit amount, as indicated on the Schedule of Benefits;

(14) any surgical, medical treatment, or complications due to either treatments planned or scheduled prior to the Covered Trip Departure Date and received on the Covered Trip;

(15) acupuncture and services related to acupuncture;

(16) biofeedback and other forms of self-help or self-care, including related diagnostic services;

(17) homeopathic, naturopathic or aroma therapy treatments; or

(18) care in connection with the detection and correction, by manual or mechanical means, of structural imbalance, distortion or subluxation in the human body for purposes of removing nerve interference and the effects thereof, where such interference is the result of or related to distortion, misalignment or subluxation of or in the vertebral column.

**c. Benefits limited to Covered Person who is injured or sick**

Expenses will be paid only for the Covered Person suffering from an Accidental Injury or Sickness. No benefits will be paid for transportation or expenses for any person other than the Covered Person suffering from an Accidental Injury or Sickness;

**d. We will not pay emergency medical and dental expenses for a condition:**

(1) for which a Covered Person is either receiving or on a waiting list to receive treatment;

(2) with respect to which a Covered Person has received a terminal prognosis; or

(3) which has caused a medical practitioner to advise against traveling or for which the Covered Trip is undertaken solely for the purpose of obtaining medical treatment.

## C. GLOBAL TRIP DELAY

### 1. Definition of Covered Trip

In relation to Global Trip Delay coverage as described below, Covered Trip means a trip:

**a.** Taken by the Covered Person between the point of departure and the final destination as shown on the Covered Person's ticket, receipt or other evidence acceptable to Us; and

**b.** On a Scheduled Airline.

### 2. Explanation of Benefits

We will reimburse the Covered Person for Covered Expenses incurred when no alternative onward transportation is made available to the Covered Person within 6 hours or by 11:00 p.m. of the same day (in the time zone of the missed connections, delayed transportation, cancellations or denied Boarding), whichever occurs first, as a result of:

**a.** The Covered Person's confirmed onward connecting Scheduled Airline flight for a Covered Trip being missed at the transfer point due to the late arrival of the Covered Person's incoming confirmed connecting Scheduled Airline flight;

**b.** The departure of a Covered Person's confirmed Scheduled Airline flight for a Covered Trip from any airport being delayed or cancelled; or

**c.** The Covered Person being denied Boarding of the aircraft due to overbooking.

Payment will not exceed $150 per day up to Our aggregate limit of $750 per Covered Trip. Coverage will be provided for only one Occurrence per Covered Trip.

### 3. Covered Expenses for Trip Delay Coverage

For the purposes of Trip Delay coverage, covered expenses mean:

**a.** Hotel accommodations;
**b.** Transportation;
**c.** Food; and
**d.** Necessities, which include, on an emergency basis, personal articles and Business Effects.

Total covered expenses may not exceed the per day limit and must be necessary and reasonable.

4.  **Proof of Loss**

When providing Proof of Loss as described in the section on Terms That Apply To All Benefits, under the subsection on Claims, requested documentation may include, but may not be limited to:

a.  Detailed hotel accommodation receipt(s);
b.  Proof of Permanent Residence;
c.  A copy of the Scheduled Airline ticket that includes the original booked ticket and the changed scheduled ticket;
d.  Proof of the trip delay (such as a letter from a Scheduled Airline, newspaper clipping, weather report, police report or other evidence and proof of the expenses claimed as a result of the trip delay); or
e.  Any other necessary expense receipts.

5.  **Exclusions and Limitations Applicable to Trip Delay**

All benefits under this Trip Delay benefit are EXCESS coverage as described in the section on Terms That Apply To All Benefits, under the General Limitations And Exclusions. In regards to the Trip Delay benefit, this means that the claim can be determined and paid only after the claim has been settled with and paid or denied by the Scheduled Airline responsible for the loss. If the Scheduled Airline pays the claim in full, such claim will not be subject to reimbursement under this benefit.

Coverage will not be provided for the denied Boarding of a Scheduled Airline due to overbooking when the Covered Person voluntarily denies Boarding the flight in exchange for an offer/coupon by the Scheduled Airline.

## D. GLOBAL BAGGAGE PROTECTION

1.  **Covered Trip**

In relation to Global Baggage Protection coverage as described below, Covered Trip means a trip:

a.  Taken by the Covered Person between the point of departure and the final destination as shown on the Covered Person's ticket, receipt or other evidence acceptable to Us; and

b.  On a Scheduled Airline, Common Carrier Conveyance or by other means of transportation.

2.  **Explanation of Benefits**

We will pay the benefits described below if the Covered Person's Baggage is unexpectedly and unintentionally lost, damaged or stolen while on the Covered Trip, provided the Covered Person has taken all necessary precautions to preserve, protect and recover the property insured.

a.  **Carry-on and Checked Baggage Benefit**
This benefit is paid for the Replacement Cost up to $1,000 for Baggage while the Covered Person is riding in a Common Carrier Conveyance or Scheduled Airline while on a Covered Trip. Bicycles are covered when checked as Baggage with a Scheduled Airline or Common Carrier Conveyance. In the event of a covered claim for Carry-on and Checked Baggage benefit, We will pay the lesser of:

(1) the actual purchase price of the item;
(2) the Replacement Cost of the item at the time of loss; or
(3) 75% of the Replacement Cost of the item at the time of loss, if the Covered Person cannot provide us with an original, duplicate or replacement receipt for the item used to replace the lost, damaged or stolen item.

See the paragraphs in this subsection below on Exclusions and Limitations Applicable to Global Baggage Protection for important conditions to how We pay these benefits.

b.  **Delayed Checked Baggage Benefit**
This benefit reimburses up to $300 for the cost of replacing or renting, on an emergency basis, necessary personal articles and Business Effects contained in a Covered Person's accompanying checked Baggage when the checked Baggage is not delivered, due to fault by the Common Carrier Conveyance or Scheduled Airline, within 6 hours of the Covered Person's arrival at their destination. Such emergency purchases or rentals must be made prior to arrival of the delayed checked Baggage at the destination and within the region serviced by the transportation service location. Bicycles are covered when checked as Baggage with a Scheduled Airline or Common Carrier Conveyance. See the paragraph in this subsection below on Exclusions and Limitations Applicable to Global Baggage Protection for important conditions on Our payment of these benefits.

**c. Other Means of Transportation Benefit**

Benefits will be paid for the Replacement Cost of personal property and Business Effects if a loss occurs while in a personal or rented vehicle on a Covered Trip. This benefit pays up to $1,000. In the event of a covered claim under this benefit, We will pay the lesser of:

(1) the actual purchase price of the item;
(2) the Replacement Cost of the item at the time of loss; or
(3) 75% of the Replacement Cost of the item at the time of loss, if the Covered Person cannot provide Us an original, duplicate or replacement receipt for the item used to replace the lost, damaged or stolen item.

See the paragraphs in this subsection below on Exclusions and Limitations Applicable to Global Baggage Protection for important conditions to how We pay these benefits.

**d. Hotel/Motel Personal Property Benefit**

Benefits will be paid for the Replacement Cost to personal property and Business Effects if a loss occurs anywhere on the premises of a hotel or motel where the Covered Person is staying as a paying registered guest. Coverage is available when the Covered Person is staying at any hotel or motel immediately before leaving on, during, or immediately after arriving from a Covered Trip. This benefit pays up to $1,000. In the event of a covered claim under this benefit, We will pay the lesser of:

(1) the actual purchase price of the item;
(2) the Replacement Cost of the item at the time of loss; or
(3) 75% of the Replacement Cost of the item at the time of loss, if you do not have an original, duplicate or replacement receipt for item used to replace the lost, damaged or stolen item.

See the paragraphs in this subsection below on Exclusions and Limitations Applicable to Global Baggage Protection for important conditions to how We pay these benefits.

**3. Notice of Claim and Proof of Loss**

The Covered Person shall provide Notice of Claim and Proof of Loss to Us as described in Terms That Apply To All Benefits, under the subsection on Claims. In addition to those requirements a Covered Person must take the following steps when submitting a claim for Global Baggage Protection benefits:

**a. Carry-on Baggage Benefit**

(1) the Covered Person must promptly file a written report of the loss or damage with a local law enforcement agency and obtain a copy of the report;
(2) if the loss occurred while the Baggage was on a Common Carrier Conveyance or a Scheduled Airline, the Covered Person also must file a report with the Common Carrier Conveyance or Scheduled Airline before leaving the premises of the airport or station and obtain a copy of the report;
(3) the Covered Person must then submit a Notice of Claim as described in the section on Terms That Apply To All Benefits, under the subsection on Claims, to obtain a claim form and instructions; and
(4) the Covered Person must then complete and sign the baggage claim form and return it with the form's requested documentation of loss. The claim form must be filed as soon as possible, but no later than 60 days following the date of loss.

**b. Checked Baggage Benefit**

(1) the Covered Person must file a report with the Schedule Airline or Common Carrier Conveyance before leaving the premises of the airport or station and obtain a copy of the report; and
(2) the Covered Person then must follow Notice of Claim and Proof of Loss procedures as described above in steps (3) and (4) under the Carry-on Baggage benefit.

**c. Delayed Checked Baggage Benefit**

(1) the Covered Person must promptly file a delayed checked Baggage report or Property Irregularity Report with the Common Carrier Conveyance or Scheduled Airline before leaving the premises of the airport or station and obtain a copy of the report;
(2) the Covered Person must allow 6 hours from the time of arrival at the Common Carrier Conveyance or Scheduled Airline destination for delivery of the delayed checked Baggage. If the delayed checked Baggage is not received within 6 hours, the Covered Person may purchase or rent clothing, toiletries or other necessary replacement articles on an emergency basis up to a limit of $300. Receipts for such purchases and rentals must be furnished when presenting the claim; and

(3) the Covered Person must then follow Notice of Claim and Proof of Loss procedures as described above in steps (3) and (4) under the Carry-on Baggage benefit.

If a claim is made and a settlement received under Delayed Checked Baggage, the Covered Person cannot also make a claim, for the same or similar items not recovered, under the Checked Baggage benefit.

**d. Hotel/Motel Personal Property Benefit**
(1) the Covered Person must promptly file a written report of the loss or damage with the hotel/motel or with a local law enforcement agency, and obtain copies of the report(s); and
(2) the Covered Person must then follow Notice of Claim and Proof of Loss procedures as described above under steps (3) and (4) under the Carry-on Baggage benefit.

**e. Other Means of Transportation Benefit**
(1) the Covered Person must promptly file a written report of the loss or damage with a local law enforcement agency, and obtain copies of the report(s); and
(2) the Covered Person must then follow Notice of Claim and Proof of Loss procedures as described above under steps (3) and (4) under the Carry-on Baggage benefit.

**4. Exclusions and Limitations Applicable to Global Baggage Protection**

In addition to the exclusions described in the section on Terms That Apply To All Benefits, under the General Exclusions And Limitations, the following exclusions and limitations apply to the Global Baggage Protection benefits:

**a. Limitation on Benefits**
We will pay benefits as stated in this subsection above in the paragraphs on Explanation of Benefits in accordance to each applicable limitation:

(1) **Per Article Limitation** We will pay a maximum of $300 per article for which a Covered Person experiences a loss per Occurrence (meaning each replaced item will be reimbursed up to $300); and

(2) **High-Risk Articles Limitation** In addition to the per article limitation, claim payments on High Risk Articles are subject to an aggregate maximum of $500 per Occurrence.

**b. Other Exclusions Applicable to Global Baggage Protection**
We will not pay benefits if the loss for which the coverage was sought was directly or indirectly, wholly or partially, contributed to or caused by:

(1) any act by customs or other governmental authorities, whether by voluntary consent or by confiscation or requisition (except the Transportation Security Administration);
(2) a mysterious disappearance (where there is an unknown time, place and manner of loss); or
(3) defective workmanship, normal wear and tear and gradual deterioration.

**c. Articles Excluded from Global Baggage Protection Coverage:**
(1) umbrellas, hats, personal effects worn on the Covered Person at the time of loss, keys;
(2) cash or its equivalent; notes, accounts, bills, currency, deeds, food stamps or other evidences of debt or intangible property, credit cards and other travel documents (including passports and visas);
(3) securities;
(4) tickets and documents;
(5) eyeglasses, sunglasses, contact lenses; hearing aids, artificial teeth and limbs; prescription or non-prescription drugs;
(6) food;
(7) plants and animals;
(8) automobiles and equipment; motorcycles and motors; aircraft, boats or other conveyances; or
(9) property shipped as freight or shipped prior to the Covered Trip Departure Date or check-in date.

**E. TRAVEL ACCIDENT PROTECTION**

**1. Covered Trip**

In relation to Travel Accident Protection coverage Covered Trip means:

a. A trip that begins at 12:01 a.m. on the Covered Trip Departure Date and ends at 12:01 a.m. on the date immediately following the Covered Trip Conclusion Date, unless an Accidental Death occurs prior to the travel; and

b. If a Covered Person travels on a Covered Trip to a Temporary Residence, the trip will be covered only for the first 45 days and coverage will terminate at 12:01 a.m. on the 46th day of the trip, but coverage will resume at 12:01 a.m. on the date the Covered Person departs from the Temporary Residence to conclude the Covered Trip.

## 2.  Explanation of Benefits

**a.  Accidental Death or Dismemberment Benefit**
If a benefit amount is payable under When Benefits Are Payable (subsection below), We will pay the applicable benefit if a Covered Person suffers an Accidental Death or a Dismemberment. We will pay benefits for the greatest loss, either Accidental Death or one category of Dismemberment, sustained by the Covered Person as the result of any one Occurrence. The benefit amounts are reflected on Your Schedule of Benefits.

**b.  When Benefits Are Payable**
(1) **24-Hour Accidental Death or Dismemberment** This benefit is payable if the Covered Person suffers an Accidental Death or Dismemberment at any time beginning at 12:01 a.m. on the Covered Trip Departure Date and ends at 12:01 a.m. on the date immediately following the Covered Trip Conclusion Date which does not exceed 365 consecutive days from the date of departure, unless the Accident occurs before the Covered Person commences the trip. If the Covered Trip exceeds 365 consecutive days, We will cover only the first 365 days.

This benefit is not payable if the Accidental Death or Dismemberment benefits are payable under the Scheduled Airline and Common Carrier Conveyance benefit described in the paragraph below and also is subject to applicable limitations and exclusions described in this Certificate. Benefits for Accidental Deaths or Dismemberments occurring on a Covered Trip are otherwise payable as provided on the table below, with an Accidental Death or Dismemberment payment a percentage of the total benefit payable per Occurrence.

(2) **Scheduled Airline and Common Carrier Conveyance Benefit** During the Period of Coverage, this benefit is payable if the Covered Person suffers an Accidental Death or Dismemberment while Boarding, traveling in or Deplaning from a Scheduled Airline or Common Carrier Conveyance. Benefits are payable as provided on the table below, with an Accidental Death or Dismemberment payment a percentage of the total benefit payable per Occurrence.

**TRAVEL ACCIDENT PROTECTION BENEFIT TABLE**

| Benefit | % per Occurrence |
|---|---|
| **ACCIDENTAL DEATH**………..………... | 100% |
| **DISMEMBERMENT** | |
| Loss of both hands or both feet………..…... | 100% |
| Loss of one hand and one foot………..…..... | 100% |
| Loss of entire sight of both eyes………..…... | 100% |
| Loss of the entire sight of one eye and one hand or one foot………..…….....100% | |
| Loss of one hand or one foot……….……..... | 50% |
| Loss of the entire sight of one eye………..…... | 50% |

The Accidental Death or Dismemberment must occur within 100 days from the date of the Accident causing the Accidental Death or Dismemberment.

## 3.  Provisions Applicable to Travel Accident Protection

**a.  Exposure to the elements**
Coverage will be provided for an Accidental Death or Dismemberment as a result of the Covered Person being unavoidably exposed to the elements while on a Covered Trip because of the disappearance, sinking, or wrecking of a Scheduled Airline, or, in regards to the 24-Hour Accidental Death and Dismemberment benefits only, the disappearance, sinking or wrecking of a Scheduled Airline or Common Carrier Conveyance, car wreck or other unavoidable reason.

**b. Remains cannot be found**

If the Covered Person's remains cannot be found within 52 weeks after the date of an Accident involving the disappearance, sinking or wrecking of a Scheduled Airline on which the Covered Person was a passenger while on a Covered Trip, it will be presumed, subject to the absence of evidence to the contrary, that the Covered Person suffered Accidental Death covered by the Certificate. In regards to 24-Hour Accidental Death and Dismemberment benefits only, this provision applies to any circumstances in which the Covered Person's remains cannot be found, unless such circumstance is otherwise excluded by this Certificate.

**c. Coordinating benefits**

If a Covered Person is eligible for benefits under more than one type of Travel Accident Protection benefits under this Certificate, We will pay benefits for the greatest loss, either Accidental Death or one category of Dismemberment, sustained by the Covered Person as the result of any one Occurrence.

**d. Lump Sum Payment**

Accidental Death or Dismemberment benefits will be paid in a single, lump sum. There are no installment payment options for this benefit.

**e. Payment of Accidental Death Benefit to Beneficiaries**

An adult Covered Person other than Your Dependent may name a Beneficiary or change a Beneficiary at any time. For a Beneficiary designation to become effective, a written request on Our form for designating the Beneficiary must be completed and filed with Us. To obtain a Beneficiary Designation Form, please contact Us at 1-800-228-6855. If the Covered Person dies prior to the date We receive and record the change, payment will be made to the new Beneficiary. Any Beneficiary designations or changes made will take effect as of the date of the signed request. The prior Beneficiary's interest ends the date the new designation takes effect.

If Your Dependent suffers an Accidental Death, You are always the Beneficiary.

If more than one Beneficiary is designated and the Covered Person has not specified the Beneficiaries' respective interests, the designated Beneficiaries will share equally. If no Beneficiary has been designated, or if the designated Beneficiary dies before the Covered Person and no other Beneficiary is named, the benefits will be paid to the surviving person, or equally to the surviving persons, in the first of the following classes in which there is a living member:

    (a) the Covered Person's Spouse or Domestic Partner;
    (b) the Covered Person's children, equally per stirpes; or
    (c) the Covered Person's estate.

In determining such person or persons, We may rely upon an affidavit by a member of any of the classes of preference Beneficiaries. Payment based upon any such affidavit will fully discharge Us from all obligations under the Policy unless, before such payment is made, We have received written notice of a valid claim by some other person. Any amount payable to a minor may be paid to the guardian of the estate of the minor.

If a benefit not exceeding $1,000 is payable to an estate or a minor, We may pay such benefit to any relative by blood or with a connection by marriage to the Covered Person who is deemed by Us to be entitled. Any payment We make in good faith shall fully discharge Us to the extent of such payment.

**f. Proof of Loss Under Travel Accident Protection**

In addition to following the Proof of Loss requirements under Terms That Apply To All Benefits, under the subsection on Claims, a Covered Persons shall allow the Company, at its expense, to examine the Covered Person as often as is reasonable while the Covered Person's claim is pending. The Company may also have an autopsy performed where it is not forbidden by law.

**g. Timing of Our Payment of Claims Under Travel Accident Protection**

We will pay claims under Travel Accident Protection benefits within 45 days after receipt of a complete Proof of Loss, as described in the section on Terms That Apply To All Benefits, in the subsection on Claims.

**4.** **Exclusions and Limitations Applicable to Travel Accident Protection Coverage**

In addition to the exclusions and limitations described in the General Limitations And Exclusions section of this Certificate, the following limitations and exclusions apply to Travel Accident Protection coverage:

**a.** **Maximum Accidental Death and Dismemberment Benefit Per Occurrence When Covered By More than One Policy Issued by the Company**

If the Covered Person is enrolled under other policies underwritten by AMEX Assurance Company that also provide a benefit for Accidental Death and/or Dismemberment, the maximum sum payable to the Covered Person under all applicable policies for an Accidental Death and/or Dismemberment Loss is $3,500,000. This does not preclude the Covered Person from receiving all entitled benefits other than Accidental Death and/or Dismemberment benefits, up to the maximum limit disclosed in the Certificate of Insurance, under other AMEX Assurance Company policies.

**b.** **Other Exclusions**
Benefits will not be paid if the loss for which coverage is sought was directly or indirectly, wholly or partially, contributed to or caused by:

    (1) driving, riding as a passenger in, entering or leaving a rental vehicle except for the 24-hour Accidental Death & Dismemberment benefit; or
    (2) any Sickness.

## IV. TRAVEL ASSISTANCE AND OUR 24-HOUR HOTLINE

All Covered Persons under the Policy are eligible to use the 24-Hour Travel Assistance Hotline services described below:

**1.** **Emergency Assistance**

If a Covered Person needs emergency assistance for a covered Occurrence under the Policy, the Covered Person can call 1-800-228-6855, 24 hours a day, 7 days a week within the United States, or call collect at 1-303-273-6497 from anywhere else. Please have readily available the Identification Number of this Certificate, a local telephone number, location and details of the situation. We will confirm the Covered Person's eligibility and assist the Covered Person with the situation. If the Covered Person is unable to get through to Us when calling collect, dial directly at 1-303-273-6497. The assistance coordinator will take the Covered Person's telephone number and return his/her call.

If the Covered Person's emergency needs immediate attention, he/she should acquire local assistance and then contact the Travel Assistance Hotline as soon as the Covered Person is reasonably able to do so. The Travel Assistance Hotline provider will do everything possible to assist the Covered Person immediately upon calling. Unfortunately, there are occasional situations beyond Our control that make providing support difficult. Our assistance providers will make every possible attempt to service the Covered Person during his or her emergency. Our assistance provider's staff will do its very best to refer the Covered Person to appropriate and reputable providers located nearest him or her. However, neither We nor Our assistance provider can be held liable for the outcome or quality of the care the Covered Person receives from these independent practitioners.

**2.** **Pre-trip Planning**

Pre-trip Assistance – Before a Covered Person leaves on a Covered Trip, We can provide him or her information on the particular country to which he or she will be traveling, such as passport/visa requirements, inoculations, and travel warnings known to Us.

Consulate/Embassy Referral – We will provide the Covered Person the address and/or phone number of the local embassy or consulate.

Weather Inquiry – This benefit provides the Covered Person with weather forecasts for destinations around the world. We can provide month-to-month averages as well as a short-term detailed forecast.

Foreign Exchange Rates – We are able to provide timely foreign exchange rates throughout the world.

Visa/Passport Requirements – We can provide the Covered Person with the entry requirements for destinations around the world.

Inoculation Information – We will provide the Covered Person with inoculation recommendations that may be needed prior to traveling to his or her destination.

### 3.  Basic Inquiries

Basic Inquiry – We will field calls from the Covered Person about contact numbers, general questions and any other non-emergency questions.

Benefits Inquiry – If the Covered Person should have questions about specific benefits of this service, We will provide the information requested.

Service Only – If the Covered Person is in need of a general service that is not specifically listed, but is still attainable, We will do Our best to provide this service.

### 4.  Financial Assistance

Alternate Cash Source – We are capable of locating ATM's around the United States and in many foreign cities.

### 5.  Medical Assistance

#### LEVEL I (MEDICAL REFERRAL)
Medical Referral – If an emergency occurs during a Covered Trip that requires the Covered Person to seek urgent and immediate medical advice, the Covered Person should contact the 24-Hour Hotline Travel Assistance to obtain the names and telephone numbers of local qualified Physicians or Dentists that speak his/her language in the area. We are not providing medical advice but rather information. The ultimate choice to seek and accept medical care is the Covered Person's responsibility.

#### Level II (MEDICAL MONITORING)
Medical Monitoring – If the Covered Person is hospitalized when traveling away from his or her Permanent Residence, Our medical advisors monitor the case from initial admission until discharge by maintaining close contact with the Covered Person and his or her Attending Physician, family Physician and family. Our medical advisors also help determine if adequate care is available locally, and if necessary, facilitate the evacuation of the Covered Person to the nearest appropriate medical facility.

### 6.  Other Assistance Services

Lost Baggage/Document Assistance – We assist with the return of lost baggage by coordinating with the commercial carrier.

Legal Referral – We will provide the Covered Person with convenient legal referrals in his/her general area. The ultimate choice to seek and accept legal advice is the Covered Person's responsibility.

Urgent Message Relay – We will provide for the contact of family and/or friends in the event of an emergency situation while the Covered Person is traveling.

Telephone Interpretation/Translation – We provide emergency telephone translation services in major languages and also make referrals to interpreter services.

## V.  CHANGING YOUR BENEFITS

If You would like to change the level of Your coverage, please contact Us at 1-800-228-6855. The effective date for the change of coverage will be the next business day following Our receipt, acceptance and approval of the change and subject to the payment of any additional required premium. Changes to the Designated Trip Payment Plan will not be honored unless placed prior to the Covered Trip Departure Date and approved by Us. For the Designated Trip Payment Plan the premium is refundable up to 14 days after the initial purchase of this Plan or the Covered Trip Departure Date, whichever happens first. The premium is non-refundable anytime after the 14th day from the initial purchase of this Plan or the Covered Trip Departure Date, whichever happens first.

## VI.  TERMS THAT APPLY TO ALL BENEFITS

### A.  GENERAL PROVISIONS, INCLUDING PREMIUMS AND CLAIMS

### 1.  Premiums

Premiums will be determined for each Covered Person listed on the Schedule of Benefits.

**Designated Trip Payment Plan**
The applicable single-trip premium will be due prior to the Covered Trip Departure Date.

## 2.  Claims

If a Covered Person experiences a loss for which he or she believes a benefit is payable under this Plan, You or the affected Covered Person must provide both Notice of Claim and Proof of Loss.

### a.  Notice of Claim

Notice of Claim should be provided to Us within 30 days of the loss. The notice must contain the Covered Person's name, the identification number on this Certificate and a brief description of the loss and associated expenses.  Covered Persons may contact Us by calling toll-free stateside 1-800-228-6855 or, if from overseas, by calling collect 1-303-273-6497. Covered Persons may also write to Us at American Express Travel Insurance, P.O. Box 981553, El Paso, TX 79998-9920.  **Some benefits may require sooner Notice of Claim.  Please review if there is a Notice of Claim provision under the Description Of Benefits section in connection with each type of benefit of this Certificate for additional instructions, if any, for submitting a Notice of Claim.**

Failure to provide Notice of Claim within 30 days will not invalidate a claim or reduce any benefit payment that may be found to be eligible, if notice was provided to Us as soon as reasonably possible. No claim will be denied based upon the failure to provide notice within such specified time, unless this failure operates to prejudice Us.

### b.  Claim Forms

At the time a Covered Person provides Us with Notice of Claim, We will assist with the Proof of Loss by providing instructions and/or forms for the Covered Person to complete and return to Us. If We do not send the forms within 15 days after We receive Notice of Claim, the Covered Person may meet the Proof of Loss requirements by giving Us a written statement of the nature and extent of the loss in accordance with the Proof of Loss provision below.  Covered Persons must cooperate with Us and provide forms and/or documentation as requested by Us which is required and necessary to process the claim and determine if benefits are payable.

### c.  Proof of Loss

Proof of Loss requires You or the affected Covered Person to send Us all information We request, at Your or the Covered Person's expense, in order that the claim may be evaluated and that We may make a determination as to whether the claim may be paid. The Proof of Loss documentation may be mailed to Us at the same address provided above for mailing the Notice of Claim.

You or the affected Covered Person must provide Us with satisfactory Proof of Loss within 90 days after the date of loss, or as soon as reasonably possible thereafter if the claim cannot be reasonably submitted within 90 days.

Proof of Loss for any Covered Trip must include the Covered Trip Departure Date and the Covered Trip Conclusion Date, as evidenced by the Covered Person's ticket, the Schedule of Benefits, or the enrollment form or, if none of these documents are available, other verification acceptable to Us.

**Please review Proof of Loss provisions under the Description Of Benefits section in connection with each type of benefit of this Certificate for additional instructions, if any, about what We will need for a Proof of Loss relating to the benefit.**

It is Your responsibility to provide all required documentation We request. We reserve the right to request all information We deem necessary to determine that Your claim is payable, and We will not consider that We have received complete Proof of Loss until all information We have requested is received. If the claim is for a continuing loss for which We make periodic payments, the claimant must give Us written Proof of Loss within 90 days after the end of each period for which benefits are payable.

### d.  Our Payment of Claims

Claims for benefits will be paid in accordance with state regulations when written Proof of Loss is received. Benefits that provide for periodic payment will be paid monthly.  All benefits are paid directly to the Covered Person, except for medical benefits which may be paid directly to the provider of medical services or Accidental Death benefits which will be paid to the Covered Person's Beneficiary. Any payment that We make in good faith will fully discharge Us to the extent of that payment.

### 3. Other General Terms

**a. Change in Permanent Residence**

You must notify Us within 30 days after You change Your Permanent Residence. If the change is to a different state, We may need to adjust the terms of Your coverage (including Your rates) to conform to the requirements of that state.

**b. Clerical Error**

A clerical error made by the Company will not invalidate insurance otherwise validly in force nor continue insurance not validly in force.

**c. Conformity with State and Federal Law**

If a Plan provision does not conform to applicable provisions of State or Federal law, the Plan is hereby amended to comply with such law.

**d. Entire Contract; Representation; Change**

This Certificate, the Policy and any applications, endorsements or riders make up the entire contract. Any statement You make to Us in the application or elsewhere is a representation and not a warranty. This means that You make a statement to the best of Your knowledge based on facts known to You at the time. However, You are not warranting that such statement will remain true in the future. This Certificate may be changed at any time by written agreement between the Master Policyholder and the Company. Only the President, Vice-President or Secretary of the Company may change or waive the provisions of the Certificate. No agent or other person may change the Certificate or waive any of its terms. This Certificate may be changed at any time by providing notice to You. A copy of the Policy will be maintained and kept by the Master Policyholder and may be examined at any time.

**e. Fraud**

If any request for benefits made under the Plan is determined to be fraudulent, or if any fraudulent means or devices are used by You or by any Covered Person to obtain benefits, all benefits will be denied.

We do not provide coverage to You or a Traveling Companion who, whether before or after a loss, has:

    (1)  concealed or misrepresented any fact upon which we rely, if the concealment or misrepresentation is material and is made with the intent to deceive; or

    (2)  concealed or misrepresented any fact if the fact misrepresented contributes to the loss.

We may terminate this Certificate for fraud or misrepresentation relating to enrollment or filing claims. See section on Termination Or Cancellation Of Coverage below under subsection on Grounds For Termination.

**f. Legal Actions**

No legal action may be brought to recover against this Plan until 60 days after Proof of Loss has been received by Us. No such action may be brought after 3 years from the time written Proof of Loss is required to be given, or if the action involves a denied claim, from the time the claim is denied. Any legal action to recover against this Plan may be brought in an Ohio court.

**g. Liberalization Clause**

If We make a change which broadens coverage under this edition of the Policy without additional premium charge, that change will automatically apply to the Covered Person's coverage as of the date We implement the change in Your state, provided that this implementation date falls within 60 days prior to or during the Period of Coverage described in the Schedule of Benefits.

This clause does not apply to changes implemented through introduction of a subsequent edition of the Policy.

**h. Misstatement of Age**

If premiums for the Covered Person are based on age and the Covered Person has misstated his or her age, there will be a fair adjustment of premiums based on his or her true age. If the benefits for which the Covered Person is insured are based on age and the Covered Person has misstated his or her age, there will be an adjustment of said benefit based on his or her true age. The Company may require satisfactory proof of age before paying any claim.

**i. Right of Recovery**

If We make a payment to a Covered Person under this Plan and the Covered Person recovers an amount from another, equal to or less than Our payment, the Covered Person shall hold in trust for Us the proceeds of the recovery and reimburse Us to the extent of Our payment. If Our payments exceed the maximum amount payable under the benefits of this Plan, We have the right to recover from the Covered Person any amount exceeding the maximum amount payable.

**j. Subrogation**

In the event of any payment under this Policy, We shall be subrogated to the extent of such payment to all the Covered Person's other rights of recovery. The Covered Person shall execute all papers required and shall do everything necessary to secure and preserve such rights, including the execution of such documents necessary to enable Us to effectively bring suit or otherwise pursue subrogation rights in the Covered Person's name. The Covered Person shall do nothing to prejudice such subrogation rights.

## B. GENERAL LIMITATIONS AND EXCLUSIONS

### 1. Excess Coverage

If any loss under this Policy and Certificate is insured under any other valid and collectible policy, this Policy shall cover such loss, subject to its exclusions, conditions, provisions and other terms herein, **only to the extent that the amount of such loss is in excess of the amount of such other insurance which is payable or paid. This limitation applies to all benefits unless otherwise provided above in regards to a specific benefit in the Description Of Benefits section**.

### 2. When a Covered Person has Coverage under similar American Express Products

A Covered Person may be covered for similar benefits under different American Express Products. If both products state that the similar benefits are either primary or that the benefits are excess, the product with the lower level of benefits will pay first and the other product will provide excess coverage.

### 3. When a Covered Person purchases a Covered Trip with Frequent Flyer Points or other travel credits

Benefits under this Certificate are available only for travel expenses paid for in cash or the equivalent to cash, such as through use of a credit or debit card, or when American Express Membership Rewards Points are used in the Pay with Points program. Benefits are not available for travel purchased with travel award credits such as frequent flyer points issued by Scheduled Airlines, vouchers or coupons issued by hotels or rental car companies or similar programs, including such credits purchased by exchanging American Express Membership Rewards Points for such credits.

### 4. Multiple Certificates of Insurance under this Policy for a Covered Trip

This Certificate takes the place of any Certificate of Insurance previously issued to You under the Policy. You or any Covered Person may qualify under only one Certificate of Insurance issued under the Policy for each Covered Trip. If any Covered Person is insured at the same time under more than one Certificate, We will consider that person to be insured under the Certificate that provides the greatest amount of coverage as shown on the Schedule of Benefits for the Certificate. Upon discovery of the duplication, We will refund any duplicated premium payments that may have been made on behalf of a Covered Person. The records maintained by the Master Policyholder shall determine the insurance provided under the Policy for any Covered Person. The maximum amount We will pay for any one benefit is that which provides the greatest amount of coverage, as shown on the Schedule of Benefits.

### 5. Preexisting Condition Exclusion

There is no coverage for losses under this Certificate incurred because of a condition of a Covered Person, Family Member, Traveling Companion or Family Member of a Traveling Companion if, during the 90 days preceding and including the Coverage Effective Date:

**a.** There was medical advice or treatment received or recommended by a Physician or Dentist for the condition;

**b.** Symptoms of the condition were present which would have caused a prudent person to seek medical consultation, dental treatment, advice, examination or treatment; or

**c.** If during such 90 day period the condition required taking newly prescribed medication or adjusted medication.

The exclusion does not apply to congenital anomalies of Dependent children who are Covered Persons, Family Members or Family Members of Traveling Companions. Routine examinations for physicals, dental check-ups or similar wellness care visits do not trigger the Preexisting Condition exclusion unless the treating Physician or Dentist diagnoses an injury from an Accident or a Sickness during the examination.

We will waive this Preexisting Condition exclusion in relation to a Covered Person if the Covered Person meets all of the following requirements:

a. The Covered Person must be medically able to travel at the time the Policy premium is paid; and

b. The premium under the Policy is paid within 14 days of making the first Covered Trip deposit;

If the Covered Person does not qualify to have the Preexisting Conditions exclusion waived, any Sickness that arises during the Covered Trip that is NOT related to a Preexisting Condition will be eligible for coverage under this Plan.

This exclusion is applicable to all Covered Persons, Traveling Companions, Family Members and Family Members of Traveling Companions, whether or not they are traveling.

### 6. Exclusions That Apply To All Benefits

Benefits are not payable if the loss for which coverage is sought was directly or indirectly, wholly or partially, contributed to or caused by:

a. War or any act of war, whether declared or undeclared, or any other activity directly related to and occurring while in the service of any armed military force of any nation state recognized by the United Nations;

b. Participation in a riot, civil disturbance, protest or insurrection;

c. Violation of a criminal law, offense or infraction, whether cited or charged, by or on behalf of the Covered Person or Beneficiary;

d. Being engaged or committing fraud, abuse, or illegal activity of any kind by the Covered Person or Family Member;

e. Suicide or any attempt at suicide, intentionally self-inflicted injury or any attempt at intentionally self-inflicted injury, or autoeroticism;

f. Being under the influence of any drug, unless taken as prescribed or administered on the advice of a Physician;

g. Consumption of alcohol at or in excess of the legal blood alcohol level in the state or locality in which the Accident occurred;

h. Riding in any capacity in an aircraft other than as a fare-paying passenger on a Scheduled Airline or Common Carrier Conveyance;

i. Riding or driving in any kind of race for prize money or profit;

j. Participation in professional sporting events (including training);

k. Pregnancy, resulting childbirth or abortion except to the extent coverage is required for Complications of Pregnancy;

l. Cosmetic surgery, except surgery that is reconstructive, incidental and related to an Accidental Injury;

m. Accidental Injury or Sickness covered under any state or federal workers' compensation, employer's liability or occupational disease law;

n. Any mental or emotional condition, whether diagnosed or undiagnosed;

o. Any addiction to drugs, alcohol, prescribed or non-prescribed medication, or any other substance;

p. Voluntary ingestion, injection, or inhalation of any substance;

q. Fighting, brawling, or injury from a firearm or knife or any other lethal instrument during a fight or brawl unless acting in self defense;

r. Intentional exposure to Exceptional Danger except in an attempt to save human life;

s. Confiscation by any governmental authority, public authority, or customs official; or

t. Any injury received during or as a result of Commutation.

## VII. TERMINATION OR CANCELLATION OF COVERAGE

### A. REASONS FOR TERMINATION OF COVERAGE OR END OF A COVERED TRIP

#### 1. In regards to a specific Covered Trip

For Covered Persons enrolled in a Designated Trip Payment Plan, coverage under the Certificate will terminate at 12:01 a.m. on the date immediately following the earliest of these events:

  a. The Covered Trip Conclusion Date;

  b. The Covered Person completes the Covered Trip;

  c. The Covered Person reaches the final destination point on a one-way trip or arrival at the return destination on a round-trip;

  d. The Covered Trip is cancelled.

#### 2. In General

Coverage under the Certificate will end at 12:01 a.m. on the date immediately following any of these events, except as otherwise be provided in this paragraph or paragraph B.3 of this Section, below:

  a. The Covered Person's Permanent Residence is no longer within the 50 United States of America, the District of Columbia, or territories of the United States;

  b. You request termination of insurance;

  c. We determine that misrepresentation, non-disclosure or fraud in enrollment or claims presentation has occurred;

  d. The end of the period for which required premiums are due but not paid;

  e. The Policy or any benefit under the Policy is cancelled; or

  f. We are unable to collect premium from Your Account.

In regards to paragraph e, above, if a Covered Person is on a Covered Trip at the time of termination, the Covered Person's coverage will not terminate until the end of the Period of Coverage for that Covered Trip as defined by this Certificate.

### B. REQUIREMENTS FOR TERMINATION

#### 1. During initial 14 day review period

To cancel Your coverage during the initial 14 day review period, You must return the Certificate, with a written request for termination to: AMEX Assurance Company Attn: American Express Travel Insurance, P.O. Box 19020, Green Bay, WI 54307-9020.

#### 2. After initial 14 day review period, or by Participating Organization

  a. Any termination request after the 14 day review period will receive a pro-rated refund consisting of any unearned premium. The Designated Trip Payment Plan Trip Cancellation/Interruption benefits are not refunded on a pro-rated basis. The premium is consumed from the purchase of the Policy.

  b. You may terminate your coverage under the Certificate as described in this paragraph. To terminate coverage, You or the Participating Organization must provide Us with a written notice before a requested termination date. The Participating Organization must provide Us with a minimum of 60 days advance written notice before the requested termination date. Termination is not effective until We are notified in writing by the organization.

  c. Either You or the Participating Organization may terminate one or more benefits under the Policy that are offered as an option or all insurance benefits. Termination or Cancellation of coverage will not prejudice any claim originating prior to termination or cancellation subject to all other terms of the Policy.

#### 3. Termination or Non-Renewal of Policy By Us or the Master Policyholder

  a. This Certificate is provided to Covered Persons under a Designated Trip Payment Plan, which means that coverage lasts only for the duration of a Covered Trip as defined by this Certificate. The coverage is not renewable.

  b. Policies that have been in effect for more than 90 days may be cancelled only for the following reasons:

  (1) Non-payment of premium;
  (2) Discovery of fraud or misrepresentation;

(3) Discovery of a moral hazard that increases any hazard against insured;

(4) Occurrence of a change in the individual risk which substantially increases hazard insured against except if the insurer should have foreseen the change;

(5) Loss of reinsurance;

(6) Failure of insured to correct violations of safety code or reasonable loss control recommendations; or

(7) A determination by the director that continuation of the policy would be hazardous to policyholders or the public.

c. We may terminate this Certificate with 10 days' written notice if we are unable to collect premium from Your Account and any required grace period has expired. We may terminate this Certificate with 30 days notice for all other permissible cancellation reasons.

d. Notwithstanding non-renewal or termination of the Policy under paragraphs a. or b., above, if a Covered Person is on a Covered Trip at the time of termination under those paragraphs, the Covered Person's coverage will not terminate until the end of the Period of Coverage for that Covered Trip as defined by this Certificate.

e. Any cancellation notice provided under this Certificate will include the policy number, date of the notice, effective date of the cancellation, and an explanation of the reason for cancellation.

In Witness Whereof, We have caused this Certificate to be signed by Our officers:

Jonathan T. Moore
President
AMEX Assurance Company

Mark W. Musser
Secretary
AMEX Assurance Company

**Notice Concerning Coverage**
**Limitations and Exclusions under the Ohio Life**
**and Health Insurance Guaranty Association**
**Act**

Residents of Ohio who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Ohio Life and Health Insurance Guaranty Association. The purpose of this association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the guaranty association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the guaranty association is not unlimited, however. And, as noted below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

> The Ohio Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Ohio. You should not rely on coverage by the Ohio Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.
> Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus. You should check with your insurance company representative to determine if you are only covered in part or not covered at all.
> Insurance companies or their agents are required by law to give or send you this notice. *However, insurance companies and their agents are prohibited by law from using the existence of the guaranty association to induce you to purchase any kind of insurance policy.*

Ohio Life and Health Insurance Guaranty Association
5005 Horizons Drive, Suite 200
Columbus, OH 43220

Ohio Department of Insurance
50 West Town Street
Third Floor-Suite 300
Columbus, OH 43215

The state law that provides for this safety-net coverage is called the Ohio Life and Health Insurance Guaranty Association Act. On the back of this page is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the guaranty association.

## COVERAGE

Generally, individuals will be protected by the life and health insurance guaranty association if they live in Ohio and hold a life or health insurance contract, annuity contract, unallocated annuity contract; if they are insured under a group insurance contract, issued by a member insurer; or if they are the payee or beneficiary of a structured settlement annuity contract. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

## EXCLUSIONS FROM COVERAGE

However, persons holding such policies are not protected by this association if:
- they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
- the insurer was not authorized to do business in this state;
- their policy was issued by a medical, health or dental care corporation, an HMO, a fraternal benefit society, a mutual protective association or similar plan in which the policyholder is subject to future assessments, or by an insurance exchange.

The association also does **not** provide coverage for:

- any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
- any policy of reinsurance (unless an assumption certificate was issued);
- interest rate yields that exceed an average rate;
- dividends;
- credits given in connection with the administration of a policy by a group contract holder;
- employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them).

## LIMITS ON AMOUNT OF COVERAGE

The act also limits the amount the association is obligated to pay out: The association cannot pay more than what the insurance company would owe under a policy or contract. Also, for any one insured life, the association will pay a maximum of $300,000, except as specified below, no matter how many policies and contracts there were with the same company, even if they provided different types of coverages. The association will not pay more than $100,000 in cash surrender values, $500,000 in major medical insurance benefits, $300,000 in disability or long-term care insurance benefits, $100,000 in other health insurance benefits, $250,000 in present value of annuities, or $300,000 in life insurance death benefits. Again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverages, the association will pay a maximum of $300,000, except for coverage involving major medical insurance benefits, for which the maximum of all coverages is $500,000.

*Note to benefit plan trustees or other holders of unallocated annuities (GICs, DACs, etc.) covered by the act:* For unallocated annuities that fund governmental retirement plans under §§401, 403(b) or 457 of the Internal Revenue Code, the limit is $250,000 in present value of annuity benefits including net cash surrender and net cash withdrawal per participating individual. In no event shall the association be liable to spend more than $300,000 in the aggregate per individual, except as noted above. For covered unallocated annuities that fund other plans, a special limit of $1,000,000 applies to each contract holder, regardless of the number of contracts held with the same company or number of persons covered. In all cases, of course, the contract limits also apply.

**For more information about the Ohio Life & Health Insurance Guaranty Association, visit our website at: www.olhiga.org.**
*As of 12/22/2015*

**AMERICAN EXPRESS**
AMEX Assurance Company
PO Box 981553
El Paso TX 79998-9920
Toll Free Fax (800) 858-5971



July 8, 2020

## BY E-MAIL AND REGULAR U.S. MAIL

John F. McLaughlin, Esq.
Rendigs, Fry, Kiely & Dennis, LLP
600 Vine Street, Ste. 2650
Cincinnati, OH 45202

RE:    CLAIMS FOR:       Hope Evans and Thomas Montgomery Evans
        CLAIM NUMBERS:   10915578 and 10915583
        DATE OF LOSS:      April 3, 2020

Dear Mr. McLaughlin:

As you may know, AMEX Assurance Company ("AAC") has received your letter dated June 2, 2020 on behalf of Hope and Thomas Evans. Thank you for your patience as we reviewed your correspondence and the details regarding the referenced claims. This is to inform you of the results of that review and our determination. We regret to confirm the position that coverage is not available for the referenced claims because cancellation of the Evans' trip, due to the travel restrictions to Italy, is not a covered reason recognized under the Trip Cancellation / Trip Interruption Coverage of American Express Travel Insurance ("AETI").

We are directing this letter to you as the legal representative of Hope and Thomas Evans. Please advise us if you are not acting in this capacity.

On May 13, 2020, Mrs. Evans contacted AAC to file claims due to the Italian government prohibiting entrance to Italy, as a result of Covid-19. By letter dated May 14, 2020, AAC advised that coverage was not available for the referenced claims.

In response, by letter dated June 2, 2020, you disagreed with the coverage position in our May 14, 2020 letter. In your letter, you state: "[d]ue to coronavirus travel restrictions, Tom and Hope were forced to cancel their trip and submitted a claim under their Travel Cancellation/Interruption coverage." You indicate that the policy "clearly includes 'quarantine' as a Covered Reason for a trip cancellation/interruption[.]" You further explain, the term "quarantine" is not defined in the policy and quote two of several definitions of "quarantine" found in *Merriam-Webster*. You further indicate that:

> Italy imposed restrictions on individuals travelling to and within the country—including Tom and Hope Evans—to inhibit the spread of Covid-19. The actions were taken to isolate Italy to stem the spread of the virus and disease[.]



EXHIBIT

*B*

You therefore conclude that covered reason "o" "clearly applies to the Evans Trip Cancellation." We respectfully disagree with your unsupported conclusion.

Turning to the coverage, kindly refer to the section of the policy entitled "Trip Cancellation / Interruption Coverage," subsection 2, "Explanation of Benefits," which states:

> Trip Cancellation provides benefits for expenses the Covered Person incurs for Covered Trips cancelled up to the time and date of the Covered Trip Departure Date. Trip Interruption provides benefits for expenses the Covered Person incurs for Covered Trips that are interrupted on or after the time and date of the Covered Trip Departure Date. Coverage will include transportation to a Permanent or Temporary Residence.[1]

Subsection 3, "Covered Reasons for Trip Cancellation and Interruption" provides that:

> We will pay this benefit if the Covered Person's or Traveling Companion's Covered Trip is cancelled or interrupted as a result of any of the following reasons:

Subsection 3 further lists seventeen covered reasons, as set forth in paragraphs a. through q.

"Covered Trip" is defined at subsection 1 "Definition of Covered Trip" as:

> In relation to the Trip Cancellation/Interruption coverage as described below, Covered Trip means a period of travel by Common Carrier Conveyance, Scheduled Airline or other means:
>
> **a.** The purpose of which is business or pleasure;
>
> **b.** Which has a defined Covered Trip Departure Date and a Covered Trip Conclusion Date; and
>
> **c.** Which does not exceed 365 consecutive days from the date of departure.
>
> *. . . The Covered Trip begins when a Covered Person Boards a Scheduled Airline or Common Carrier Conveyance to begin the trip or enters a vehicle or other means of transportation and begins the trip.*

(emphasis added)

---

[1] Capitalized terms used in this letter, but not defined, shall have the meanings ascribed in the policy. We have attached a copy of same for your ease of reference.



You have specifically referenced subsection 3 o. of Trip Cancellation / Interruption Coverage, which pertains solely to a "Covered Trip delay." In its entirety, subsection 3 o. states that we will pay this benefit if the Covered Person's or Traveling Companion's Covered Trip is cancelled or interrupted as a result of:

> A Covered Trip delay that results in the loss of more than 50% of the Covered Person's Covered Trip length. Covered Trip delay as it applies to such loss of Covered Trip length includes the following, unless caused by the action or inaction of a Covered Person or Traveling Companion: missed connections, delayed departure, cancellation, denied Boarding, Scheduled Airline or Common Carrier Conveyance-caused delays; lost or stolen passports, quarantine, hijacking, unannounced strike, natural disaster, or a civil disorder[.]

By its definition, a Covered Trip commences when a Covered Person Boards a Scheduled Airline or Common Carrier Conveyance to begin the trip or enters a vehicle or other means of transportation. Thus, at the time of Mr. and Mrs. Evans' trip cancellation on or about March 29, 2020, the Covered Trip had not yet begun and could not be delayed within the context of subsection 3 o. by any of the actions listed therein (i.e., missed connections, delayed departure, cancellation, denied Boarding, Scheduled Airline or Common Carrier Conveyance-caused delays; lost or stolen passports, *quarantine*, hijacking, unannounced strike, natural disaster, or a civil disorder).

In addition, you point out that there is no definition of "quarantine" in the policy. Even accepting the definition that you supply[2] -- which we do not[3] -- we are not aware of any quarantine that was in place in Italy at the time of the trip cancellation. Government-imposed travel restrictions or bans, including the restriction of travel to Italy to inhibit the spread of Covid-19, would not constitute a "quarantine" in the context of the list set forth in paragraph 3 o. or elsewhere in the Trip Cancellation / Interruption Coverage of the AETI policy.

As a result, coverage is not available for the referenced claims, as there is no covered reason under subsection 3 o., or any other covered reason listed under the Trip Cancellation / Interruption Coverage of the AETI policy.

---

[2] Merriam-Webster.com defines "quarantine" as follows:
  **1:** a period of 40 days
  **2a:** a term during which a ship arriving in port and suspected of carrying contagious disease is held in isolation from the shore
  **b:** a regulation placing a ship in quarantine
  **c:** a place where a ship is detained during quarantine
  **3a:** a restraint upon the activities or communication of persons or the transport of goods designed to prevent the spread of disease or pests
  **b:** a place in which those under quarantine are kept
  **4:** a state of enforced isolation

[3] AAC must reserve its rights accordingly.



In your letter, you cite various Ohio cases as applicable to the referenced claims. We do not concede that these cases are applicable under the circumstances and reserve our rights accordingly. We note, however, that pursuant to Ohio law, the insureds have the initial burden of proving that a claim falls within the coverage of the policy. By failing to demonstrate that a covered reason is present under the AETI policy, this burden has not been met.

Further, the policy also provides, at subsection 6, "Exclusions and Limitations Applicable to Trip Cancellation / Interruption Coverage" that the following limitations and exclusions apply to the Trip Cancellation / Interruption coverage:

> . . .

> c. We will not pay benefits under Trip Cancellation / Interruption coverage if the loss for which coverage is sought was directly or indirectly, wholly or partially, contributed to or caused by or related to:

> . . .

> (5) changes in plans for reasons other than those specifically listed in this coverage[.]

Even if coverage were available under the Trip Cancellation / Interruption Coverage of AETI in the first instance, which it is not, the Evans' cancellation of their travel plans would constitute "changes in plans for reasons other than those specifically listed in this coverage." Thus, subsection 6, paragraph (5) would be applicable to exclude coverage. Accordingly, AAC must continue to reserve its rights under subsection 6, paragraph (5) to deny coverage.

This letter adopts, incorporates and supplements our prior communications regarding the referenced claims. In affirming the position that coverage is not available for these claims, AMEX Assurance Company expressly reserves all of its rights and defenses under the American Express Travel Insurance, at law and in equity and does not in any way waive any right or defense which the company may have.

We realize this is not the determination for which you were hoping. Of course, if you have additional information you would like us to consider, please forward it to us for review. AMEX Assurance Company specifically reserves the right to supplement our coverage response upon receipt of any additional information.

Sincerely,

Consumer Response Team
AMEX Assurance Company



Enclosure

cc: Amy Kline, Esq.

American Express Travel Insurance (Policy AX0126, or Policy AETI-IND) is underwritten by AMEX Assurance Company, Administrative Office, Phoenix AZ. Coverage is determined by the terms, conditions, and exclusions of the respective policies (see above) and is subject to change with notice. This document does not supplement or replace the Policy.